UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION,<br><br>Defendants. | C.A. No.: 04-1294 JJF |

## STIPULATION AND ORDER

This 9th day of March, 2005, it is hereby stipulated that the time in which defendant Borg-Warner Corporation must move, answer, plead or otherwise respond to the Complaint in this action is extended to and including April 7, 2005.

Of Counsel:

Christopher M. Bechhold, Esq.
THOMPSON HINE, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45209
(513) 354-6790

TYBOUT, REDFEARN & PELL

_____
Danielle K. Yearick, Esquire, (#3668)
300 Delaware Avenue
11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Local Counsel for Plaintiff

118411

SEGAL McCAMBRIDGE SINGER
& MAHONEY, LTD.

*/s/ Ted McCullough/By/*
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
805 Third Avenue, 19th Floor
New York, NY 10022
(212) 912-3665
Attorneys for Plaintiff

MURPHY SPADARO & LANDON

*/s/ Francis J. Murphy/*
Francis J. Murphy (#223)
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Attorneys for Defendant
Borg-Warner Corporation

IT IS SO ORDERED this _____ day of _____, 2005.

_____
J

118411