IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>BURNS INTERNATIONAL SERVICES<br>CORPORATION and BORG-WARNER<br>CORPORATION,<br><br>         Defendants. | C.A. No.: 04-1294 JJF |

## STIPULATION AND ORDER

This 20th day of April, 2005, Plaintiff/Counter-Defendant Flowserve Corporation and Defendant/Counter-Plaintiff Burns International Services Corporation, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree that the briefing schedule on Plaintiffs/Counter-Defendant Flowserve Corporation's Motion to Dismiss Counts IV and V of Burns International Services Corporation's Counterclaim shall be as follows:

    **Burns International Service Corporation's Answering Brief:**    **May 4, 2005**

    **Flowserve Corporation's Reply Brief: May 25, 2005**

119676

Of Counsel:

Christopher M. Bechhold, Esq.
THOMPSON HINE, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45209
(513) 354-6790

TYBOUT, REDFEARN & PELL

_/s/ Danielle K. Yearick_
Danielle K. Yearick, Esquire, (#3668)
300 Delaware Avenue
11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Local Counsel for Plaintiff

SEGAL McCAMBRIDGE SINGER
& MAHONEY, LTD.

_/s/ Ted McCullough_
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
805 Third Avenue, 19th Floor
New York, NY 10022
(212) 912-3665
Attorneys for Plaintiff

MURPHY SPADARO & LANDON

_/s/ Francis J. Murphy_
Francis J. Murphy, Esquire (#223)
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Attorneys for Defendant Burns
International Services Corporation

It is so ordered this _____ day of _____, 2005.

_____
United States District Judge

119676