IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION,<br><br>        Defendants. | )<br>)<br>)   C.A. No.: 04-1294 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT/COUNTERCLAIMANT BURNS INTERNATIONAL SERVICES CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO MOTION TO DISMISS OF PLAINTIFF/COUNTER-DEFENDANT FLOWSERVE CORPORATION**

MURPHY SPADARO & LANDON
Francis J. Murphy, I.D. # 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Office (302)472-8100
Fax   (302)472-8135
Email fmurphy@msllaw.com

120168

# TABLE OF CONTENTS

**Page**

STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDING ................................. 1

STATEMENT OF FACTS ................................................................................................. 2

    Flowserve Corporation ............................................................................................. 2

    Burns International Services Corporation ................................................................ 3

    The Underlying Asbestos Claims ............................................................................. 3

    The Indemnity Provisions at Issue ............................................................................ 4

    Flowserve's Wrongful Use Of Insurance That Is The Property Of Burns ............... 6

    The Allegations of Counts IV and V of Burns' Counterclaim ................................. 7

ARGUMENT ..................................................................................................................... 9

    The Standard for 12 (b)(6) Motions ......................................................................... 9

    Flowserve's Motion To Dismiss Should Be Denied ................................................ 9

    Flowserve's Motion Is Not Supported By The Case Law ..................................... 13

CONCLUSION ................................................................................................................ 19

120168

## TABLE OF AUTHORITIES

**Cases**                                                                                                   **Page**

Chrysler Corp. v. Airtemp Corp., 426 A.2d 845 (Del. Super. 1980) .......................................10, 14

Fleer Corp. v. Topps Chewing Gum, Inc., 539 A.2d 1060 (Del. Supr.1988)...............10, 11, 12, 14

Highlands Ins. Group, Inc. v. Halliburton Co., 852 A.2d 1 (Del.Ch. 2003) ..................................16

Home Insurance Co. v. Honaker, 480 A.2d 652 (Del. Supr. 1984).................................................18

Kost v. Kozakiewicz, 1 F.3d 176 (3rd Cir. 1993)..................................................................................9

Lynch v. U.S., 292 U.S. 571 (1934) ....................................................................................................12

Resource Ventures, Inc. v. Resource Management International, Inc., 42 F. Supp.2d 423
(D.Del. 1999)..........................................................................................................................................9

Schock V. Nash, 732 A.2d 217 (Del. Supr. 1999) .......................................................10, 11, 12, 14

Tenneco Automotive Inc. v. El Paso Corp., C.A. No. 11810-NC, Noble V.C. (Mem. Op.,
Nov. 29, 2001), 2001 WL..................................................................................................................11

Union Texas Petroleum Holdings, Inc. v. Travelers Indemnity Co., C.A. No.15448,
Chandler, Ch. (Mem. Op., Feb. 19, 1998), 1998 WL 83068........................................................11

Willingham v. Kral Music, Inc., 505 A.2d 34 (Del. Super. 1985) .................................................11

**Other Authorities**

Restatement of Restitution §1................................................................................................10, 11

Restatement of Restitution §40.......................................................................................................15