IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BURNS INTERNATIONAL SERVICES<br>CORPORATION and BORG-WARNER<br>CORPORATION,<br><br>　　　　　　　Defendants. | C.A. No.: 04-1294 JJF |

## NOTICE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092

Christopher M. Bechhold, Esquire
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH  45209

William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, NY 10022

120107

                                        MURPHY SPADARO & LANDON

                                        s/s Francis J. Murphy
                                        Francis J. Murphy, I.D. # 223
                                        1011 Centre Road, Suite 210
                                        Wilmington, DE  19805
                                        Office (302)472-8100
                                        Fax    (302)472-8135
                                        Email  fmurphy@msllaw.com

May 5, 2005

120107