# CERTIFICATE OF SERVICE

I, DANIELLE K. YEARICK, ESQUIRE, certify that I have had deposited in the mailbox at 300 Delaware Avenue, Wilmington, Delaware, on this 24th day of May, 2005, true and correct copies of the attached document, addressed to:

Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

/s/ Danielle K. Yearick

Danielle K. Yearick, Esquire (ID #3668)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901