# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BURNS INTERNATIONAL SERVICES ) <br> CORPORATION and BORG-WARNER ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No.: 04-1294 - JJF |

## NOTICE OF DEPOSITION

TO:  SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on September 15, at 10:00 a.m., or such other date and time as agreed upon by counsel, defendant Burns International Services Corporation will take the deposition of plaintiff Flowserve Corporation, before a stenographer and officer authorized to administer oaths by the laws of the United States at the offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, DE 19805.

    Defendant Flowserve Corporation is directed to designate, pursuant to Fed. R. Civ. P. 30(b)(6), one or more officers, directors, managing agents or other persons to testify on its behalf concerning (1) each of the allegations made in the Complaint and Flowserve's Answer and Affirmative Defenses to the Counterclaim filed by Burns; and (2) Flowserve's responses to Burn's First Set of Requests for the Production of Documents and First Set of Interrogatories.

    The deponent is also requested to bring to the deposition, pursuant to Fed. R. Civ. P. 30(b)(5), the documents requested in Burn's First Set of Requests for the Production of

122547

Documents not previously produced.

Dated: July 29, 2005

                          MURPHY SPADARO & LANDON

                          /s/ Francis J. Murphy
                          Francis J. Murphy, I.D. # 223
                          1011 Centre Road, Suite 210
                          Wilmington, DE  19805
                          Office (302)472-8100
                          Fax     (302)472-8135
                          Email  fmurphy@msllaw.com

122547

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLOWSERVE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BURNS INTERNATIONAL SERVICES )<br>CORPORATION and BORG-WARNER )<br>CORPORATION, )<br>)<br>Defendants. ) | C.A. No.: 04-1294 JJF |

**CERTIFICATE OF SERVICE**

    I, Francis J. Murphy, Esquire, do hereby certify that on this 29th day of July, 2005, I have caused the following documents to be served in the manner indicated on the parties listed below:

**NOTICE OF DEPOSITION**

**By Hand Delivery**
Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092

**By First Class Mail**
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, NY 10022

**By First Class Mail**
Christopher M. Bechhold, Esquire
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45209

122547

                MURPHY SPADARO & LANDON

                /s/ Francis J. Murphy
                Francis J. Murphy, I.D. # 223
                1011 Centre Road, Suite 210
                Wilmington, DE  19805
                Office (302)472-8100
                Fax     (302)472-8135
                Email   fmurphy@msllaw.com

122547