IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| FLOWSERVE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 04-1294 JJF |
| v. | ) ) | |
| BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

I, Francis J. Murphy, Esquire, do hereby certify that on this 29th day of July, 2005, I have caused the following documents to be served in the manner indicated on the parties listed below:

**DEFENDANT/COUNTERCLAIMANT BURNS INTERNATIONAL SERVICES CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF FLOWSERVE CORPORATION;**

**DEFENDANT/COUNTERCLAIMANT BURNS INTERNATIONAL SERVICES CORPORATION'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF FLOWSERVE CORPORATION**

**By Hand Delivery**
Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092

**By First Class Mail**
Christopher M. Bechhold, Esquire
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45209

**By First Class Mail**
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, NY 10022

122535

                                      MURPHY SPADARO & LANDON

                                      /s/ Francis J. Murphy
                                      Francis J. Murphy, I.D. # 223
                                      1011 Centre Road, Suite 210
                                      Wilmington, DE  19805
                                      Office (302)472-8100
                                      Fax     (302)472-8135
                                      Email   fmurphy@msllaw.com

122535