UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FLOWSERVE CORPORATION,

    Plaintiff,

    v.                                                     C.A. No. 04-1294 (JJF)

BURNS INTERNATIONAL SERVICES
CORPORATION and BORG-WARNER
CORPORATION,

    Defendants.

## NOTICE OF SERVICE

I, DANIELLE K. YEARICK, ESQUIRE, hereby state that I have had deposited in the mailbox at 300 Delaware Avenue, Wilmington, Delaware, on the 11th day of August, 2005, copies of the following documents addressed to the person listed below:

**Documents:** Plaintiff Flowserve's First Set of Interrogatories to Defendant Burns

Plaintiff Flowserve's First Request for Production of Documents to Defendant Burns

**Person:** Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

Danielle K. Yearick, Esquire (#3668)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
**Local Counsel for Plaintiff**