# Murphy Spadaro & Landon

ATTORNEYS

1011 CENTRE ROAD, SUITE 210
WILMINGTON, DELAWARE 19805

PHONE 302.472.8100
FAX 302.472.8135

Francis J. Murphy
Fmurphy@msllaw.com

September 8, 2005

**By Electronic Filing**
The Honorable Joseph J. Farnan, Jr.
District Court of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

    Re:    Flowserve Corporation v. Burns International Services Corporation and Borg-Warner Corporation, C.A. No. 04-1294

Dear Judge Farnan:

    I represent the Defendant/Counterclaimant Burns International Services Corporation ("Burns") in the referenced matter. As is apparent from the docket, Burns answered Plaintiff/Counterdefendant Flowserve Corporation's ("Flowserve") Complaint and filed a Counterclaim against Flowserve. Flowserve moved to dismiss Counts IV and V of Burns' Counterclaim on March 1, 2005. It is my understanding that the Court has deferred consideration of a Rule 16 scheduling order in light of the pending motion to dismiss.

    We have been communicating with counsel for Flowserve about further proceedings in the case. Flowserve's pending Motion to Dismiss is not completely case dispositive, as it applies only to Counts IV and V of Burns' Counterclaim. Therefore, Burns' and Flowserve have agreed to engage in discovery, and have served interrogatories and

The Honorable Joseph J. Farnan, Jr.
September 8, 2005
Page 2

document requests. In addition, Flowserve is in the process of obtaining documents from non-parties in New York.

Burns and Flowserve are also discussing a proposed case scheduling order, in light of the fact that the pending Motion to Dismiss is not completely case dispositive. The parties anticipate that they will submit a proposed scheduling order to Your Honor in the near future.

Respectfully yours,

Francis J. Murphy

FJM/dla

Cc: Danielle K. Yearick, Esq. (by hand delivery)
    Gregory E. Rogus, Esq. (by facsimile)
    Clerk, United States District Court (by e-file)

123711