## CERTIFICATE OF SERVICE

I, Danielle K. Yearick, do hereby certify that, on this __8th__ day of __September__, 2005, two (2) copies of the foregoing Motion for a Commission were served, via first class mail, on the following individual:

>Francis J. Murphy, Esquire
>MURPHY, SPADARO & LANDON
>1011 Centre Road, Suite 210
>Wilmington, DE  19805

_____
Danielle K. Yearick, Esquire (#3668)