IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, ) | |
| ) | C.A. No. 04-1294 JJF |
| Plaintiff, ) | |
| v. ) | JURY TRIAL OF 12 DEMANDED |
| ) | |
| BURNS INTERNATIONAL SERVICES ) | |
| CORPORATION, BORG-WARNER ) | |
| CORPORATION, and BORG-WARNER ) | |
| SECURITY CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Motion for a Commission will be presented at the earliest convenience of the Court and counsel.

                                                          TYBOUT, REDFEARN & PELL

                                                          Danielle K. Yearick, I.D. No. 3668
                                                          300 Delaware Avenue, Suite 1100
                                                          P.O. Box 2092
                                                          Wilmington, DE 19899-2092
                                                          (302) 658-6901
                                                          Attorneys for Plaintiff

Dated: September 1, 2005

OF COUNSEL:

Gregory E. Rogus, Esquire
SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.
One IBM Plaza, Suite 1900
220 N. Wabash Avenue
Chicago, IL 60611