IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | C.A. No. 04-1294 JJF |
| Plaintiff, | ) | |
| v. | ) | JURY TRIAL OF 12 DEMANDED |
| | ) | |
| BURNS INTERNATIONAL SERVICES CORPORATION, BORG-WARNER CORPORATION, and BORG-WARNER SECURITY CORPORATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR A COMMISSION

COMES NOW, plaintiff Flowserve Corporation, and hereby moves this Honorable Court, pursuant to the Federal Rules of Civil Procedure, for an Order in the form attached hereto directing that a Commission be issued to take the deposition of Debevoise and Plimpton, 919 Third Avenue, New York, NY 10022, outside the State of Delaware and for the issuance of subpoena duces tecum.

The grounds for this motion are that Clayton, Cubilier & Rice are not a party to this action; and are in possession of documents and records, as described in defendants' subpoena, which are

relevant and material to the issues involved herein; and that compulsory process is required to compel the production of those documents and records.

                                                          **TYBOUT, REDFEARN & PELL**

                                                          Danielle K. Yearick, I.D. No. 3668
                                                          300 Delaware Avenue, Suite 1100
                                                          P.O. Box 2092
                                                          Wilmington, DE 19899-2092
                                                          (302) 658-6901
                                                          Attorneys for Plaintiff

Dated: 9·1·05

OF COUNSEL:

Gregory E. Rogus, Esquire
SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.
One IBM Plaza, Suite 1900
220 N. Wabash Avenue
Chicago, IL 60611