IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BURNS INTERNATIONAL SERVICES ) <br> CORPORATION, BORG-WARNER ) <br> CORPORATION, and BORG-WARNER ) <br> SECURITY CORPORATION, ) <br> ) <br> Defendants. ) | C.A. No. 04-1294 JJF <br><br> JURY TRIAL OF 12 DEMANDED |

### ORDER FOR COMMISSION

Plaintiff Flowserve Corporation, having moved the Court for entry of an Order directing the issuance of a Commission to take the deposition of Debevoise and Plimpton, of New York,

IT IS SO ORDERED, this_____day of _____2005 that:

1.  A Commission shall issue out of this Court directed to any Notary Public of the State of New York or to any other person authorized to administer oaths under the law of the State of New York ("Reporter"), authorizing and empowering him or her to take the deposition of Debevoise and Plimpton, 919 Third Avenue, New York, NY 10022, on Monday, September 26, 2005, at 10:00 a.m. at the offices of Segal, McCambridge, Singer & Mahoney, 805 Third Avenue, 19th Floor, New York, NY 10022. The deposition will continue from day to day until completed.

2.  The Reporter or the Reporter's agent, is hereby authorized and empowered to secure from the appropriate judicial authorities in the State of New York, the issuance of subpoenas _ad_

testificandum and/or duces tecum or such other subpoenas as are necessary to compel the production of documents set forth in the rider attached to plaintiff's subpoena.

_____
Joseph J. Farnan, Jr., Judge