## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FLOWSERVE CORPORATION,** | ) | **C.A. No. 04-1294 JJF** |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **JURY TRIAL OF 12 DEMANDED** |
| | ) | |
| **BURNS INTERNATIONAL SERVICES** | ) | |
| **CORPORATION, BORG-WARNER** | ) | |
| **CORPORATION, and BORG-WARNER** | ) | |
| **SECURITY CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMMISSION

1.    You have been appointed and you are authorized and empowered in accordance with

the terms of the attached Order, dated_____, 2005, made by Judge Joseph J.

Farnan, Jr., of the United States District Court for the District of Delaware, in the above-captioned

action, to do all things necessary and required to be done by the attached Order for Commission,

including applying to the appropriate judicial authority of the State of New York for the issuance of

subpoenas ad testificandum and/or duces tecum directed to the person listed below to compel the

production of documents in accordance with the attached order:

Albert Cribriore
c/o Brera Capital Partners, LLC
712 Fifth Avenue
New York, NY 10019

2.    IN TESTIMONY WHEREOF, the seal of this Court is affixed hereto.

_____
Clerk of the Court
