IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 04-1294-JJF |
| BURNS INTERNATIONAL SERVICES CORPORATION, BORG-WARNER CORPORATION, | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the Court has resolved the Motion To Dismiss in the above-captioned matter (D.I. 35);

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall confer and submit to the Court a Proposed Rule 16 Scheduling Order no later than **Wednesday, December 21, 2005**. Attached is a sample form of Order which should serve as a basis for discussion. Where disagreements exist, please note each party's position.

____December 7, 2005____  
DATE

____[signature]____  
UNITED STATES DISTRICT JUDGE