**MURPHY SPADARO & LANDON**
Attorneys
1011 Centre Road, Suite 210
Wilmington, DE 19805

                                                  Francis J. Murphy
                                                  Fmurphy@msllaw.com

December 21, 2005

**BY ELECTRONIC FILING & HAND DELIVERY**
The Honorable Joseph J. Farnan, Jr.
District of Delaware
844 North King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

      Re:    Flowserve Corporation v. Burns International Services Corporation
                 C.A. No. 04-1294

Dear Judge Farnan:

In compliance with the Court's Order dated December 7, 2005, plaintiff Flowserve Corporation and defendant Burns International Services Corporation have jointly submitted a proposed Rule 16 Scheduling Order.

                                                  Respectfully yours,

                                                  /s/ Francis J. Murphy
                                                  Francis J. Murphy

FJM/dla

Enclosure

Cc:    Danielle K. Yearick, Esq. (by e-file w/enc.)
         Gregory E. Rogus, Esquire (by email w/enc.)

126912