**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| FLOWSERVE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 04-1294 JJF |
| | ) |
| v. | ) |
| | ) |
| BURNS INTERNATIONAL SERVICES | ) |
| CORPORATION and BORG-WARNER | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I, Francis J. Murphy, Esquire, do hereby certify that on this 17th day of January, 2006, I have caused the following documents to be served in the manner indicated on the parties listed below: **DEFENDANT/COUNTERPLAINTIFF BURNS INTERNATIONAL SERVICES CORPORATION'S RULE 26(A)(1) DISCLOSURES**

**By Electronic Filing**
Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092

**By First Class Mail**
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, NY 10022

**By First Class Mail**
Christopher M. Bechhold, Esquire
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45209

                          MURPHY SPADARO & LANDON

                          /s/ Francis J. Murphy
                          Francis J. Murphy, I.D. # 223
                          1011 Centre Road, Suite 210
                          Wilmington, DE  19805
                          Office (302)472-8100
                          Fax     (302)472-8135
                          Email  fmurphy@msllaw.com

127664