UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BURNS INTERNATIONAL SERVICES )<br>CORPORATION and BORG-WARNER )<br>CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1294-JJF |

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

NOW COMES Plaintiff FLOWSERVE CORPORATION, through its counsel, and furnishes its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

A)  Names, addresses, and phone numbers of individuals likely to have discoverable information.

1) Franci Blassberg; c/o Debevoise and Plimpton
Re: negotiations pertaining to the Borg-Warner – BWIP Acquisition Corporation Stock Purchase Agreement

2) David Brittenham, c/o Debevoise and Plimpton
Re: negotiations pertaining to the Borg-Warner – BWIP Acquisition Corporation Stock Purchase Agreement

3) Donald Trauscht (formerly c/o Borg Warner Corporation)
Re: negotiations pertaining to the Borg-Warner – BWIP Acquisition Corporation Stock Purchase Agreement; the Stock Purchase Agreement

4) Robert Zeig (formerly Borg-Warner Law Dept.)
Re: negotiations pertaining to the Borg-Warner – BWIP Acquisition Corporation Stock Purchase Agreement

5) Alberto Cribbiore, c/o Clayton, Dubilier & Rice
Re: the Stock Purchase Agreement

6) Lawrence Henke, c/o Flowserve Corporation
Re: tenders of defense to Burns International Services Corporation; correspondence directed to Burns; correspondence received from Burns.

B) A copy of, or description by category, and location, of documents, data compilations, and tangible things that may be used to support any claims or defenses.

1) Fax transmittal from Robert L. Zeig, Borg Warner Law Dept., to Franci Blassberg dated 2/28/87.

2) Fax transmittal from David A. Brittenham to Robert L. Zeig dated 3/2/87.

3) Correspondence from Don Trauscht to Alberto Cribbiore dated 3/9/87.

4) Correspondence from Alberto Cribbiore to Don Trauscht dated 3/9/87.

5) Fax transmittal from Robert Zeig to Franci Blassberg dated 3/9/87.

6) Mark up draft transmittal from Robert Zeig to Franci Blassberg dated 3/9/87.

7) Summary of the Principal Provisions of Acquisition Agreements and Tax Sharing Agreement, June 4, 1987.

8) Various correspondence from Lawrence Henke to Anthony Packard (dated 12/15/03, 4/1/04, 8/6/04, 8/11/04).

9) Various correspondence from Lawrence Henke to Edward Mueller (dated 6/24/04, 6/28/04).

10) Various correspondence from Edward Mueller to Lawrence Henke (dated 5/6/04, 5/13/04, 5/25/04, 6/18/04, 7/7/04, 8/6/04).

11) Correspondence from Anthony Packard to Lawrence Henke (dated 5/13/04).

12) Correspondence from Anthony Packard to David Stahl (dated 8/12/04).

13) Correspondence from Brooke Halloran to Anthony Packard (dated 2/19/04).

14) Documents produced by/on behalf of Debevoise and Plimpton, Alberto Cribbiore and Clayton and Dubilier. (Note: Plaintiffs' Counsel is presently engaged in reviewing these recently-produced documents; copies contained on a CD have been furnished to Defendant's Counsel).

15) The Stock Purchase Agreement dated March 12, 1987.

C) Computation of Damages

Flowserve defers its computation of prospective damages pending additional investigation and discovery. Upon information and belief, Flowserve's defense in the underlying asbestos litigation has remained funded by or through the Defendants' insurance carriers.

D) Insurance Agreements

Flowserve is not in possession of copies of each and every insurance agreement that may be applicable. All such policies are identified within the pleadings, motions or other papers filed in the coverage action pending before the Circuit Court of Cook County IL entitled *Continental Casualty Company et al. vs. Borg Warner Inc. et al.*, Case No. 04 CH 1708. Both Burns International Services Corporation and Borg Warner are parties to that action.

                    TYBOUT, REDFEARN & PELL

                    */s/ Danielle K. Yearick*

                    _____
                    DANIELLE K. YEARICK (#3668)
                    300 Delaware Avenue, 11th Floor
                    P.O. Box 2092
                    Wilmington, DE 19899-2092
                    (302) 658-6901
                    ***Attorneys for Plaintiff***

OF COUNSEL:

William Mahoney
Gregory E. Rogus
Erich Gieber
SEGAL McCAMBRIDGE SINGER
    & MAHONEY, LTD.
830 Third Avenue, Suite 400
New York, NY 10022
(212) 651-7500

January 20, 2006

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that the undersigned does hereby certify that, on this 20th day of January, 2006, **PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES** was electronically filed with the Court via CM/ECF, which will provide electronic notification to the counsel listed below.

>Francis J. Murphy, Esquire
>MURPHY, SPADARO & LANDON
>1011 Centre Road, Suite 210
>Wilmington, DE 19805

I further certify that a copy will also be delivered to the above counsel at the listed address.

>*/s/ Danielle K. Yearick*
>_____
>Danielle K. Yearick (#3668)