### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | **C.A. No. 04-1294 JJF** |
| Plaintiff, | ) | |
| v. | ) | **JURY TRIAL OF 12 DEMANDED** |
| | ) | |
| BURNS INTERNATIONAL SERVICES | ) | |
| CORPORATION, BORG-WARNER | ) | |
| CORPORATION, and BORG-WARNER | ) | |
| SECURITY CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR A COMMISSION

COMES NOW, plaintiff Flowserve Corporation, and hereby moves this Honorable Court, pursuant to the Federal Rules of Civil Procedure, for an Order in the form attached hereto directing that a Commission be issued to take the deposition of Franci J. Blassberg, Esquire, of Debevoise and Plimpton, 919 Third Avenue, New York, NY 10022, outside the State of Delaware and for the issuance of a subpoena.

The grounds for this motion are that Franci J. Blassberg, Esquire, is not a party to this action; and is in possession of information which is relevant and material to the issues involved herein.

TYBOUT, REDFEARN & PELL

Danielle K. Yearick, I.D. No. 3668
300 Delaware Avenue, Suite 1100
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Plaintiff

Dated: January 31, 2006

OF COUNSEL:

Gregory E. Rogus, Esquire
SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.
One IBM Plaza, Suite 1900
220 N. Wabash Avenue
Chicago, IL 60611