IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | ) |
| | ) C.A. No. 04-1294 JJF |
| Plaintiff, | ) |
| v. | ) JURY TRIAL OF 12 DEMANDED |
| | ) |
| BURNS INTERNATIONAL SERVICES CORPORATION, BORG-WARNER CORPORATION, and BORG-WARNER SECURITY CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Motion for a Commission will be presented at the earliest convenience of the Court and counsel.

TYBOUT, REDFEARN & PELL

_____
Danielle K. Yearick, I.D. No. 3668
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Plaintiff

Dated: January 31, 2006

OF COUNSEL:

Gregory E. Rogus, Esquire
SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.
One IBM Plaza, Suite 1900
220 N. Wabash Avenue
Chicago, IL 60611