IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION,          ) | |
| ) | C.A. No. 04-1294 JJF |
| Plaintiff,      ) | |
| v.                                                      ) | JURY TRIAL OF 12 DEMANDED |
| ) | |
| BURNS INTERNATIONAL SERVICES  ) | |
| CORPORATION, BORG-WARNER     ) | |
| CORPORATION, and BORG-WARNER ) | |
| SECURITY CORPORATION,             ) | |
| ) | |
| Defendants.      ) | |

## ORDER FOR COMMISSION

Plaintiff Flowserve Corporation, having moved the Court for entry of an Order directing the issuance of a Commission to take the deposition of Franci J. Blassberg, Esquire, of New York,

IT IS SO ORDERED, this_____day of _____2006, that:

1. A Commission shall issue out of this Court directed to any Notary Public of the State of New York or to any other person authorized to administer oaths under the law of the State of New York ("Reporter"), authorizing and empowering him or her to take the deposition of Franci J. Blassberg, Esquire, of Debevoise and Plimpton, 919 Third Avenue, New York, NY 10022, to be conducted at the convenience of counsel, at the offices of Segal, McCambridge, Singer & Mahoney, 830 Third Avenue, Suite 400, New York, NY 10022. The deposition will continue from day to day until completed.

2. The Reporter or the Reporter's agent, is hereby authorized and empowered to secure from the appropriate judicial authorities in the State of New York, the issuance of subpoenas <u>ad testificandum</u> or such other subpoenas as are necessary.

_____
Joseph J. Farnan, Jr., Judge