**CERTIFICATE OF SERVICE**

I, Danielle K. Yearick, do hereby certify that, on this 31st day of January, 2006, copies of the Motion for a Commissioner were served, via electronic mail, on the following individual:

Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

_____/s/ Danielle K. Yearick_____
Danielle K. Yearick, Esquire (#3668)