IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | C.A. No. 04-1294 JJF |
| Plaintiff, | ) | |
| v. | ) | JURY TRIAL OF 12 DEMANDED |
| | ) | |
| BURNS INTERNATIONAL SERVICES | ) | |
| CORPORATION, BORG-WARNER | ) | |
| CORPORATION, and BORG-WARNER | ) | |
| SECURITY CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION OF COUNSEL PURSUANT TO
## LOCAL DISTRICT COURT RULE 7.1.1

IT IS HEREBY CERTIFIED that, pursuant to Local District Court Civil Rule 7.1.1, that counsel for the moving party has communicated with counsel for defendant, who does not oppose plaintiff Flowserve's Motion for Commission.

TYBOUT, REDFEARN & PELL

Danielle K. Yearick, I.D. No. 3668
300 Delaware Avenue, Suite 1100
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Attorneys for Plaintiff

Dated: January 31, 2006

OF COUNSEL:

Gregory E. Rogus, Esquire
SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.
One IBM Plaza, Suite 1900
220 N. Wabash Avenue
Chicago, IL 60611