UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION ) <br> ) <br> )    C.A. No.: 04-1294 <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BURNS INTERNATIONAL SERVICES ) <br> CORPORATION and BORG-WARNER ) <br> CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | |

**VERIFICATION OF DEFENDANT BURNS INTERNATIONAL
SERVICES CORPORATION WITH RESPECT TO DEFENDANT BURNS
INTERNATIONAL SERVICES CORPORATION'S ANSWERS
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

STATE OF CALIFORNIA  )
                     ) SS
LOS ANGELES COUNTY   )

Albert Y. Park, being sworn, deposes and says that a) he is the Assistant Secretary of Burns International Services Corporation, and b) he has reviewed the foregoing Defendant Burns International Services Corporation's Answers to Plaintiff's First Set of Interrogatories and that the answers are true and correct to the best of his knowledge, information and belief.

_____

SWORN TO AND SUBSCRIBED before me this _31st_ day of _January_ 2006.

LISA M. COLLET
Commission # 1569121
Notary Public - California
Los Angeles County
My Comm. Expires May 12, 2009

_____
Notary Public

128219