IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, ) | |
| ) | C.A. No. 04-1294 JJF |
| Plaintiff, ) | |
| v. ) | JURY TRIAL OF 12 DEMANDED |
| ) | |
| BURNS INTERNATIONAL SERVICES ) | |
| CORPORATION, BORG-WARNER ) | |
| CORPORATION, and BORG-WARNER ) | |
| SECURITY CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## COMMISSION

1. You have been appointed and you are authorized and empowered in accordance with the terms of the attached Order, dated February 13, 2006, made by Judge Joseph J. Farnan, Jr., of the United States District Court for the District of Delaware, in the above-captioned action, to do all things necessary and required to be done by the attached Order for Commission, including applying to the appropriate judicial authority of the State of New York for the issuance of subpoenas ad testificandum and/or duces tecum directed to the person listed below to compel the production of documents in accordance with the attached order:

Franci J. Blassberg, Esquire
Debevoise and Plimpton
919 Third Avenue
New York, NY 10022

2. IN TESTIMONY WHEREOF, the seal of this Court is affixed hereto.

*[signature]*
Clerk of the Court