UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, </br></br> Defendants. | C.A. No.: 04-1294 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **Michael H. Moirano**, Esquire to represent Burns International Services Corporation and Borg-Warner Corporation in this matter.

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, DE I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Attorney for Defendants

Date: February 16, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice **Michael H. Moirano** is granted.

Date: _____    _____
United States District Judge

128697

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

X    will be submitted to the Clerk's Office upon the filing of this motion

Date: 2/15/06        Signed: _____
                **Michael H. Moirano**
                Nisen & Elliott, LLC
                200 West Adams Street, Suite 2500
                Chicago, IL 60606

128697

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FLOWSERVE CORPORATION,** | ) | |
| | ) | |
| | ) | C.A. No.: 04-1294 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION,** | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Francis J. Murphy, Esq., do hereby certify that on this 16th day of February, 2006, I have caused the following documents to be served in the manner indicated on the parties listed below: **Motion and Order for Admission Pro Hac Vice for Michael H. Moirano.**

**By Electronic Filing**
Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092

**By First Class Mail**
Christopher M. Bechhold, Esquire
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45209

**By First Class Mail**
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, NY 10022

128508

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. #223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-Mail: Fmurphy@msllaw.com
Attorney for Defendants

128508