# EXHIBIT B

Case 1:04-cv-01294-JJF   Document 54-3   Filed 02/27/2006   Page 1 of 2

08/12/2003 16:21 FAX 212 909 6836    DEBEVOISE & PLIMPTON    ☑002

BWIP ACQUISITION CORPORATION
c/o The Clayton & Dubilier
Private Equity Fund II Limited Partnership
270 Greenwich Avenue
Greenwich, Connecticut

May 1, 1987

Borg-Warner Corporation
200 South Michigan Avenue
Chicago, Illinois 60604

Stock Purchase Agreement

Dear Sirs:

Reference is made to the Stock Purchase Agreement (the "Agreement"), dated March 12, 1987, by and between BWIP Acquisition Corporation and Borg-Warner Corporation. Capitalized terms used herein without definition shall have the meanings assigned to them in the Agreement.

The purpose of this letter is to document our mutual agreement that, notwithstanding anything to the contrary contained in the Agreement, neither BWIP nor any of its Subsidiaries shall be responsible for any Losses to the extent that such Losses are covered by insurance carried by Borg-Warner.

Accordingly, as provided by Section 9.04(a) of the Agreement, Borg-Warner will indemnify the Buyer, BWIP and each of their respective subsidiaries against all Losses to the extent such Losses are covered by such insurance.

In order to evidence your agreement to the foregoing, please sign and return the enclosed copy of this letter.

Very truly yours,

BWIP ACQUISITION
CORPORATION

By _____
      President

Accepted and Agreed:

BORG-WARNER CORPORATION

By _Donald E. Thanschi_
      Vice-President

AUG 12 2003 16:13    212 909 6836    PAGE.02