# EXHIBIT C



August 18, 2003

Edward B. Mueller, Esq.
Nisen & Elliott, LLC
200 W. Adams Street, Suite 2500
Chicago, Illinois 60606

    Re: Asbestos Litigation – BW/IP International, Inc.
        Flowserve File No. R8307

Dear Ed:

Pursuant to our recent conversations, this correspondence will respond to the various Reservation of Rights letters you have forwarded on behalf of Burns International (f/k/a Borg-Warner Corporation).

Although Flowserve certainly agrees that the language of the 1987 Stock Purchase Agreement between BWIP Acquisition Corporation and Borg-Warner Corporation could have been a bit more concise, we strongly disagree with any interpretation limiting Flowserve's access to the historic Borg-Warner insurance coverage for asbestos liability.

Flowserve's position has previously been discussed with you, and we would offer the enclosed May 1, 1987 communication as support for our position. This "letter" was executed by both parties prior to the closing of the LBO, became part of the transaction documents, and specifically clarified this issue. It states as follows:

"The purpose of this letter is to document our mutual agreement that, notwithstanding anything to the contrary contained in the Agreement, neither BWIP nor any of its Subsidiaries shall be responsible for any Loses to the extent that such Loses are covered by insurance carried by Borg-Warner."

It is my understanding that you have not previously been provided with a copy of this document. After you have had a chance to review it, please advise of your position.

                Sincerely,

                Robert L. Roberts, Jr. (Ohio Atty. 0006080)
                Associate General Counsel

cc:   Lawrence E. Henke, Esq., Flowserve Corporation

Document No. R081803F2

BI000441

Flowserve Corporation     222 West Las Colinas Blvd., Suite 1500     Telephone 972-443-6537
Irving, Texas 75039 USA     Facsimile 972 443-6837
rroberts@flowserve.com

BWIP ACQUISITION CORPORATION
c/o The Clayton & Dubilier
Private Equity Fund II Limited Partnership
270 Greenwich Avenue
Greenwich, Connecticut

May 1, 1987

Borg-Warner Corporation
200 South Michigan Avenue
Chicago, Illinois 60604

Stock Purchase Agreement

Dear Sirs:

Reference is made to the Stock Purchase Agreement (the "Agreement"), dated March 12, 1987, by and between BWIP Acquisition Corporation and Borg-Warner Corporation. Capitalized terms used herein without definition shall have the meanings assigned to them in the Agreement.

The purpose of this letter is to document our mutual agreement that, notwithstanding anything to the contrary contained in the Agreement, neither BWIP nor any of its Subsidiaries shall be responsible for any Losses to the extent that such Losses are covered by insurance carried by Borg-Warner.

Accordingly, as provided by Section 9.04(a) of the Agreement, Borg-Warner will indemnify the Buyer, BWIP and each of their respective subsidiaries against all Losses to the extent such Losses are covered by such insurance.

In order to evidence your agreement to the foregoing, please sign and return the enclosed copy of this letter.

Very truly yours,

BWIP ACQUISITION
CORPORATION

By _____
    President

Accepted and Agreed:

BORG-WARNER CORPORATION

By _Donald E. Mauschl_____
    Vice-President

BI000442