# EXHIBIT E

**THOMPSON HINE**

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

Chris.bechhold@thompsonhine.com
(513) 352-6790

February 17, 2006

<u>Via Email and Regular Mail</u>

Irving C. Faber, Esq.
Grippo & Elden LLC
111 South Wacker Drive
Chicago, Illinois 60606

Re: <u>Continental Casualty Company, et al. v. BorgWarner, Inc., et al.</u>

Dear Irv:

In connection with the above-captioned matter, I am in receipt of a copy of your correspondence dated February 8, 2006 to myself and Larry Henke, wherein on behalf of your clients, Continental Insurance Company and Columbia Casualty Company [collectively "CNA"] you set forth the "unilateral action" which CNA intends to take against Flowserve US, Inc. and its heritage entity BW/IP [collectively "BW/IP"] beginning March 15, 2006. In response, please be advised as follows:

1. CNA's "unilateral action" as detailed in your letter constitutes a constructive denial of coverage for BW/IP with respect to all current and future asbestos lawsuits ["Asbestos Lawsuits"] brought against BW/IP for alleged injuries arising out of asbestos-containing products allegedly manufactured or sold by BorgWarner prior to 1987. As a result, under applicable law, BW/IP is permitted to take whatever steps it deems appropriate in order to protect its interests, since CNA is effectively abandoning BW/IP in these lawsuits.

2. BW/IP rejects in its entirety CNA's attempts to rewrite the insurance contracts at issue to suit CNA's parochial goals in this matter. This includes, but is not limited to, (i) consultation with respect to new defense counsel; (ii) compliance with CNA's Litigation Management Guidelines; (iii) prior approval of expenditures of defense costs; (iv) participation in all conference calls with defense counsel to discuss strategy and to consider approval of settlement proposals; (v) requirement to agree to reasonable settlement proposals with underlying plaintiffs, etc. Irrespective of CNA's constructive denial of coverage, the CNA policies at issue do not require its insureds to comply with CNA's new, self-serving interpretation of its policies.

3. Under separate cover, we are advising defense counsel retained by CNA that on or before March 1, 2006 they are to forward to Flowserve's National Coordinating counsel for asbestos claims their complete files for all lawsuits wherein (properly or improperly) they have entered an appearance on behalf of BW/IP or any Flowserve related entity with respect to the Asbestos Lawsuits.

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089

www.ThompsonHine.com
Phone 513.352.6700
Fax 513.241.4771

# THOMPSON HINE

Irving C. Faber, Esq.
February 17, 2006
Page 2

      4.    With respect to all current and future lawsuits brought against BW/IP for alleged injuries arising out of asbestos-containing Byron Jackson pump products manufactured or sold by BorgWarner, Flowserve will promptly file the appropriate answers with all applicable defenses asserted, including third-party complaints against Burns International Services Corp.

      5.    Flowserve also intends to review each of the files being sent to it by defense counsel retained and supervised by CNA for inappropriate conflicts and conduct under the Code of Professional Responsibility. To the extent that Flowserve determines that one or more defense counsel have violated the Code of Professional Responsibility by placing the interests of another BorgWarner related entity above those of Flowserve or by acting in a manner adverse to Flowserve interests (e.g. improperly substituting BW/IP into lawsuits) Flowserve will file the appropriate complaint with the applicable bar association. In addition, if it is determined that said defense counsel was instructed by another BorgWarner related entity or its counsel or insurer to take such actions, Flowserve will likewise file the appropriate complaint against these responsible entities and seek all remedies at law to which it is entitled.

      6.    Finally, subsequent to March 15, 2006, Flowserve and its counsel will begin meeting with Plaintiff's counsel in the Byron Jackson related Asbestos Lawsuits. The purpose of said meetings will to reach a common ground with respect to obtaining a global resolution of the Asbestos Lawsuits which have been brought against BW/IP. These settlement meetings will be comprehensive in nature and will include a discussion of all reasonable options available to the parties.

      I believe that the above paragraphs clearly set forth Flowserve's position with respect to CNA's "unilateral action"; however, if you have any questions, please do not hesitate to get in touch with me.

Very truly yours,

Christopher M. Bechhold

CMB/lp

cc:    Lawrence W. Henke, Esq.

492826.9

## Julie Miner

| | |
|---|---|
| **From:** | Julie Miner |
| **Sent:** | Thursday, August 11, 2005 6:11 PM |
| **To:** | 'Steven M. Mitchel' |
| **Cc:** | 'Anisha Kakar'; 'David Butman'; 'Ed Mueller'; 'Fred Alvarez'; 'Gerald P. Mulhall'; Ivana Byler; 'Marc Gaffrey'; 'Mark Deptula'; 'Mike Colgan'; 'Mike Powers'; 'Tony Packard'; Trent Proctor; 'Yvonne DeLuz' |
| **Subject:** | Asbestos Cases |

LAW OFFICES
**NISEN & ELLIOTT, LLC**
200 W. ADAMS STREET
SUITE 2500
CHICAGO, IL 60606
(312) 346-7800

August 11, 2005

**VIA E-MAIL: smm@bmandslaw.com**
Steven M. Mitchel
Booth, Mitchel & Strange
707 Wilshire Blvd., Suite 4450
Los Angeles, CA 90017

        Re:    Asbestos Cases

Dear Steven:

    We have posted the Summons and Complaint for the cases listed below to the website.

    We understand that you have been designated by the general liability insurance carriers to represent Burns International., as successor to Byron Jackson Pumps, in this asbestos case.

    You can retrieve the documents from the following website: http://nisen.com/borgwarner/. Once you have the page open, please click on the "Borg-Warner" button. You will then be asked to enter a username and password. We have set up a temporary username (**tuser**) and password (**1234**). At the next screen, please click on the folder for California, then click on the folder for August 05. You can then access the above complaints by sorting the folder by name and/or date order. Please refer to the following if you are experiencing any problems. In the event you continue to experience problems, let me know and our tech person will be happy to contact you.

1) You must be able to use graphical FTP from your desk for this website to work. Please verify this with your systems support personnel.
2) You must use internet explorer 6 or above. No other browsers will work.
3) Your firewall must allow FTP traffic to pass through. See your systems people for this.
4) You must type the address into the "address section of internet explorer". Typing the supplied address into a yahoo or msn (or other) search page will not work.

    By copy of this e-mail and pursuant to procedures agreed with the carriers, we are notifying the umbrella carriers, as notice of and tender of the claim for defense and indemnity in accordance with all applicable provisions of the policies in question. Please note that we will send any and all additional paperwork by regular mail. If any of the carbonees wish to have such documents, please contact Mr. Mitchel, or if any additional notice or tender of the complaints is required, please contact the undersigned.

                Very truly yours,

                Nisen & Elliott, LLC
                Attorneys for Burns International Services Corp.

cc:    Marc S. Gaffrey
       Gerald Mulhall