# Murphy Spadaro & Landon

1011 Centre Road, Suite 210
Wilmington, Delaware 19805

FRANCIS J. MURPHY
FMURPHY@MSLLAW.COM

February 28, 2006

**VIA HAND DELIVERY & ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware
844 N. King Street
Wilmington, DE  19801

    Re:   *Flowserve Corporation v. Burns International Services Corporation*,
          No. 04-1294-JJF

Dear Judge Farnan:

    Yesterday we filed and served on behalf of defendant Burns International Services Corporation ("Burns") a Motion for Temporary Restraining Order and Preliminary Injunction with a supporting affidavit and brief. Burns is seeking the entry of a temporary restraining order on an emergency basis in order to prevent certain actions threatened by plaintiff Flowserve Corporation which will commence March 1, 2006. Efforts by the parties to resolve the issues raised in Burns' motion have been unsuccessful.

    If the Court requires any additional information, Burns' counsel will make themselves available at the Court's convenience.

                        Respectfully yours,

                        /s/ Francis J. Murphy
                        Francis J. Murphy, I.D. # 223

FJM/dla

Cc:    Danielle K. Yearick, Esq. (by electronic filing)
        William Mahoney, Esq. (by first class mail)
        Ted McCullough, Esq. (by first class mail)
        Erich Gleber, Esq. (by first class mail)
        Christopher M. Bechhold, Esq. (by first class mail)
        Thompson Hine, LLP (by first class mail)

129306