LAW OFFICES

# TYBOUT, REDFEARN & PELL

B. WILSON REDFEARN
RICHARD W. PELL
DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON

750 SOUTH MADISON STREET
SUITE 400
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

SUSAN A. LIST
ROBERT M. GREENBERG
TIMOTHY S. MARTIN

*Of Counsel:*
F. ALTON TYBOUT

TELECOPIER
658-4018

March 1, 2006

The Honorable Joseph J. Farnan, Jr.      <u>Via electronic filing and hand delivery</u>
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    Flowserve Corporation v. Burns International Services Corp.
           Court No: 04-1294-JJF
           Our File No: 7955.306

Dear Judge Farnan:

        We received Burns International's Motion for Temporary Restraining Order and Preliminary Injunction, together with supporting materials, on February 28, 2006. We also received Mr. Murphy's letter addressed to Your Honor.

        Contrary to the assertions contained in Burns International's submissions and the suggestion contained in Mr. Murphy's letter, the points raised in those submissions are, in Flowserve's view, inappropriate and insufficient to warrant the entry of the requested relief. We will be submitting to the Court today Flowserve's motion for leave to file brief in opposition and to set for hearing on a future date certain.

        In the event the Court wishes to confer telephonically with counsel regarding this matter, we are available today and tomorrow at the Court's convenience.

                                                               Respectfully submitted,

                                                              Danielle K. Yearick
                                                              Local counsel for Flowserve

by:    Gregory E. Rogus
        Segal McCambridge Singer & Mahoney, Ltd.
        Counsel for Flowserve

cc:    Francis Murphy, Esquire
        Michael Moirano, Esquire