UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BURNS INTERNATIONAL SERVICES )<br>CORPORATION and BORG-WARNER )<br>CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1294-JJF |

## ORDER

AND NOW, TO WIT, THIS _____ day of _____, 2006, Plaintiff Flowserve Corporation, having presented its Motion for Leave to File its Motion in Opposition to Burns International Service Corporation's Motion for Temporary Restraining Order and Preliminary Injunction,

IT IS HEREBY ORDERED, that plaintiff's motion is GRANTED, and plaintiff Flowserve shall have leave to file an opposition and memorandum in support of its Motion in Opposition to Burns International Service Corporation's Motion for Temporary Restraining Order and Preliminary Injunction on or before March 13, 2006.

_____
Joseph J. Farnan, Jr., Judge