UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>BURNS INTERNATIONAL SERVICES<br>CORPORATION and BORG-WARNER<br>CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>) C.A. No. 04-1294-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Danielle K. Yearick, do hereby certify that, on this 2nd day of March, 2006, copies of Plaintiff/Counter-Defendant Flowserve Corporation's Motion for Leave to File its Motion in Opposition to Burns International Service Corporation's Motion for Temporary Restraining Order and Preliminary Injunction were served, via electronic mail, on the following individual:

Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805


      /s/ Danielle K. Yearick
    Danielle K. Yearick, Esquire (#3668)