LAW OFFICES
**NISEN & ELLIOTT, LLC**
200 W. ADAMS STREET
SUITE 2500
~~CHICAGO, IL 60606~~
(312) 346-7800

December 19, 2005

<u>VIA E-MAIL: smm@bmandslaw.com</u>
Steven M. Mitchel
Booth, Mitchel & Strange
707 Wilshire Blvd., Suite 4450
Los Angeles, CA 90017

Re:   John McNamara; Case No. BC342803

Dear Steven:

    We have now received the Complaint and Summons in the above-referenced case served on Borg-Warner Corporation and on Flowserve. We have previously received same for Burns International Services which was forwarded via e-mail to you on November 22, 2005. In all these cases, the named defendant is sued as the successor to Byron Jackson Pumps. I note that BW/IP International is also a named party (as successor to Byron Jackson) but we do not have a summons for it.

    Nevertheless, you should appear and answer for BW/IP successor to Byron Jackson, predecessor to Flowserve.

    You should also appear for "Burns International Services Corporation, incorrectly identified as 'fka Borg-Warner (sued individually and as successor in interest to Byron Jackson Pumps)'" and for Borg-Warner Corporation (as successor in interest to Byron Jackson Pumps) and file motions to dismiss.

You can retrieve the document from the following website: http://nisen.com/borgwarner/. Once you have the page open, please click on the "Borg-Warner" button. You will then be asked to enter a username and password. We have set up a temporary username (**tuser**) and password (**1234**). At the next screen, please click on the folder for California, then click on the folder for December 05. You can then access the above complaints by sorting the folder by name and/or date order.

— *Affidavit Exhibit A* —

If you have any questions, please let me know.

Very truly yours,

Anthony Packard

AP:jm
cc:    Marc S. Gaffrey
       Gerald Mulhall
       Anisha Kakar
F. Michael Colgan, CNA
Ivana Byler, Resolute Midatlantic
London Market c/o Fred Alvarez, David Butman
  and Mark Deptula
Trent Proctor, Royal
Michael Powers, Unigard
Suzanne Marquardt
Lawrence Henke
Edward B. Mueller
Anthony Packard

Julie Miner
Secretary

NISEN & ELLIOTT, LLC
200 West Adams Street
Suite 2500
Chicago, IL 60606
Ph: (312) 346-7800 ext. 712
Fx: (312) 346-2325
jminer@nisen.com