```
 1  C. ANDREW WATERS, Esq., CA Bar No. 147259
    MICHAEL L. ARMITAGE, ESQ., CA Bar No. 152740
 2  WATERS & KRAUS, LLP
    300 Continental Blvd., Ste. 500          CONFORMED COPY
 3  El Segundo, CA 90245                     OF ORIGINAL FILED
    310-414-8146 Telephone                   Los Angeles Superior Court
 4  310-414-8156 Facsimile
                                                 JUN 16 2005
 5
    Attorneys for Plaintiffs                 John A. Clarke, Executive Officer/Clerk
 6                                           By_____ Deputy
                                                    J. Chea
 7          SUPERIOR COURT OF THE STATE OF CALIFORNIA

 8                  FOR THE COUNTY OF LOS ANGELES

 9
    GERALD BARLOW and            )   Case No.  BC335153
10  ANNETTE BARLOW,              )
                                 )   THIS ACTION CONSTITUTES COMPLEX
11                  Plaintiffs,  )   ASBESTOS LITIGATION – SUBJECT TO THE
                                 )   GENERAL ORDERS CONTAINED IN FILE NO.
12          vs.                  )   C 700000 – DEPT. 59
                                 )
13  AMERICAN STANDARD, INC. (d/b/a )
14  AMERICAN STANDARD PRODUCTS,  )   COMPLAINT FOR PERSONAL INJURY –
    INC.) and f/k/a AMERICAN RADIATOR ) ASBESTOS (NEGLIGENCE; STRICT LIABILITY;
15  CO.;                         )   FALSE REPRESENTATION; INTENTIONAL
    BURNS INTERNATIONAL SECURITY )   TORT/INTENTIONAL FAILURE TO WARN;
16  CORPORATION, f/k/a BORG WARNER )  LOSS OF CONSORTIUM)
    CORPORATION (sued individually and as )
17  successor-in-interest to BYRON JACKSON )
18  PUMPS);                      )
    CHICAGO PNEUMATIC TOOL       )
19  COMPANY;                     )
    CRANE CO.;                   )
20  DOVER CORPORATION (sued      )
    individually and as successor-in-interest to )
21  BLACKMER PUMP CO.);          )
    ELEMENTIS CHEMICALS, INC. (sued )
22  individually and as successor-in-interest to )
23  HARRISONS & CROSSFIELDS (Pacific), )
    INC.);                       )
24  FOSTER WHEELER ENERGY        )
    CORPORATION (sued individually and )
25  as successor-in-interest to C.H. )
    WHEELER);                    )
26  GARLOCK SEALING              )
    TECHNOLOGIES, LLC (sued      )
27  individually and as successor-in-interest to )
    GARLOCK, INC.);              )
28  GENERAL ELECTRIC COMPANY;    )
```

RECEIVED AUG 05 2005 PITTSBURGH CORP. LEGAL DEPARTMENT

1

COMPLAINT FOR PERSONAL INJURY – ASBESTOS



- Affidavit Exhibit B -

| | |
|---|---|
| 1 | HANSON AGGREGATES WEST, INC. ) |
| 2 | (*sued individually and as successor-in-interest to* KAISER CEMENT ) |
| 3 | CORPORATION *and/or* KAISER GYPSUM COMPANY, INC.); ) |
| 4 | HANSON BUILDING MATERIALS AMERICA, INC. (*sued individually and* ) |
| 5 | *as successor-in-interest to* HANSON AGGREGATES WEST, KAISER ) |
| 6 | CEMENT CORPORATION, *and/or* KAISER GYPSUM COMPANY, INC.); ) |
| 7 | HANSON PERMANENTE CEMENT, INC. *f/k/a* KAISER CEMENT ) |
| 8 | CORPORATION, (*sued individually and as successor-in-interest to* KAISER ) |
| 9 | GYPSUM COMPANY, INC.); HARCROS CHEMICALS, INC. (*sued* ) |
| 10 | *individually and as successor-in-interest to* HARRISON & CROSSFIELD (Pacific), INC.) ) |
| 11 | HARDIE-TYNES, INC., LLC (*sued* ) |
| 12 | *individually and as successor-in-interest to* HARDIE-TYNES MANUFACTURING ) |
| 13 | COMPANY); ) |
| 14 | IMO INDUSTRIES, INC. (*sued individually and as successor-in-interest to* ) |
| 15 | DE LAVAL TURBINE, INC.); INGERSOLL-RAND COMPANY; ) |
| 16 | KAISER GYPSUM COMPANY, INC.; LONE STAR INDUSTRIES, INC.; ) |
| 17 | M. SLAYEN AND ASSOCIATES, INC.; M.T. DAVIDSON CO.; ) |
| 18 | PHILIPS PETROLEUM CO.; TH AGRICULTURE & NUTRITION, ) |
| 19 | LLC (*sued individually and as successor-in-interest to* THOMPSON-HAYWARD ) |
| 20 | CHEMICAL CO.); ) |
| 21 | THORPE INSULATION COMPANY; TRIPLE A MACHINE SHOP, INC.; ) |
| 22 | UNION CARBIDE CORPORATION; VIACOM, INC. (*sued individually and as* ) |
| 23 | *successor by merger to* CBS CORPORATION (*f/k/a* Westinghouse ) |
| 24 | Electric Corporation); WARREN PUMPS, LLC (*sued* ) |
| 25 | *individually and as successor-in-interest to* QUIMBY PUMP CO.); and ) |
| 26 | YORK INTERNATIONAL CORPORATION; ) |
| 27 | and DOES 1-350 INCLUSIVE, ) |
| 28 |             Defendants. ) |

2

COMPLAINT FOR PERSONAL INJURY – ASBESTOS