UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BURNS INTERNATIONAL SERVICES )<br>CORPORATION and BORG-WARNER )<br>CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 04-1294-JJF |

### CERTIFICATE OF SERVICE

I, Danielle K. Yearick, do hereby certify that, on this 13th day of March, 2006, copies of Plaintiff/Counter-Defendant, Flowserve Corporation's Affidavit of Lawrence Henke was served, via electronic mail, on the following individual:

TO: Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

/s/ *Danielle K. Yearick*
Danielle K. Yearick, Esquire (#3668)
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
***Local Counsel for Plaintiff Flowserve***

DATED: