UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-1294-JJF |
| | ) |
| BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, | ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Danielle K. Yearick, do hereby certify that, on this 13th day of March, 2006, copies of Plaintiff/Counter-Defendant, Flowserve Corporation's Motion and Memorandum in Opposition to Defendant's Motion for Temporary Restraining Order were served, via electronic mail, on the following individual:

TO: Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

/s/ Danielle K. Yearick
Danielle K. Yearick, Esquire (#3668)
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
***Local Counsel for Plaintiff Flowserve***

DATED: