UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION,              )<br>                                     )<br>            Plaintiff,               )<br>   v.                                )   C.A. No. 04-1294-JJF<br>                                     )<br> BURNS INTERNATIONAL SERVICES        )<br> CORPORATION and BORG-WARNER         )<br> CORPORATION,                        )<br>                                     )<br>            Defendants.              ) | |

IT IS HEREBY ORDERED,

Having heard the parties on the merits, Burns' Motion for Temporary Restraining Order and Request for Injunction is hereby

DENIED.

SO ORDERED,

_____
J.