IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, : | |
| : | |
| Plaintiff, : | C.A. No. |
| v. : | JURY TRIAL OF 12 DEMANDED |
| : | |
| BURNS INTERNATIONAL SERVICES : | |
| CORPORATION, BORG-WARNER : | |
| CORPORATION, and BORG-WARNER : | |
| SECURITY CORPORATION : | |
| : | |
| Defendants. : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of :

<u>CHRISTOPHER M. BECHHOLD, ESQ.</u>
<u>Thompson Hine LLP</u>
<u>312 Walnut Street, 14th Floor</u>
<u>Cincinnati, OH  45202-4089</u>
<u>513-352-6700/6790</u>

to represent Plaintiff, Flowserve Corporation in this matter.

Signed: _____
DANIELLE K. YEARICK (ID # 3668)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE  19899-2092
(302) 658-6901
**ATTORNEY FOR PLAINTIFF**
**FLOWSERVE CORPORATION**

DATED: 3/14/06

## O R D E R GRANTING MOTION

IT IS HEREBY ORDERED Christopher M. Bechhold's motion for admission pro hac vice is granted.

DATED: _____                    _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio since 1980, and the following federal trial and federal appellate courts: Ohio Supreme Court, Third Circuit Court of Appeals, Fifth Circuit Court of Appeals, Sixth Circuit Court of Appeals, Seventh Circuit Court of Appeals, Eighth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals, United States District Courts for the Northern and Southern Districts of Ohio, and United States District Court for the Eastern District of Michigan, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
CHRISTOPHER M. BECHHOLD, ESQ. (#014192)
Thompson Hine LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45202-4089
513-352-6700/6790

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1294-JJF |
| | ) | |
| BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Danielle K. Yearick, do hereby certify that, on this 14th day of March, 2006, copies of Plaintiff/Counter-Defendant, Flowserve Corporation's Motion and Order for Admission Pro Hac Vice, were served, via electronic mail, on the following individual:

TO:   Francis J. Murphy, Esquire
      MURPHY, SPADARO & LANDON
      1011 Centre Road, Suite 210
      Wilmington, DE  19805

/s/ *Danielle K. Yearick*
Danielle K. Yearick, Esquire (#3668)
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
*Local Counsel for Plaintiff Flowserve*

DATED: March 14, 2006