# Murphy Spadaro & Landon

1011 Centre Road, Suite 210
Wilmington, Delaware 19805

FRANCIS J. MURPHY
FMURPHY@MSLLAW.COM

March 15, 2006

**VIA HAND DELIVERY & ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware
844 N. King Street
Wilmington, DE  19801

    Re:   *Flowserve Corporation v. Burns International Services Corporation*,
            No. 04-1294-JJF

Dear Judge Farnan:

In connection with the proceedings on Defendant Burns International Services Corporation's Motion for Temporary Restraining Order and Preliminary Injunction, presently scheduled for oral argument on March 16, 2006 at 10:00 a.m., I am submitting the following:

SUPPLEMENTAL AFFIDAVIT OF EDWARD B. MUELLER IN SUPPORT OF BURNS INTERNATIONAL SERVICES CORPORATION'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION.

Respectfully yours,

/s/ Francis J. Murphy
Francis J. Murphy, I.D. # 223

FJM/laf
Enclosure

cc:    Danielle K. Yearick, Esq. (by electronic filing)
        Gregory E. Rogus, Esq. (by e-mail, w/enc.)
        Ted McCullough, Esq. (by e-mail, w/enc.)
        Erich Gleber, Esq. (by e-mail, w/enc.)
        Christopher M. Bechhold, Esq. (by e-mail, w/enc.)

129871