IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLOWSERVE CORPORATION,           :
                                 :
        Plaintiff,               :
                                 :
    v.                           :      Civil Action No. 04-1294-JJF
                                 :
BURNS INTERNATIONAL SERVICES     :
CORPORATION and BORG-WARNER      :
CORPORATION,                     :
                                 :
        Defendants.              :

### O R D E R

At Wilmington, this $\mathcal{JJ}$ day of March 2006, for the reasons

set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.    The Motion For Temporary Restraining Order And

Preliminary Injunction (D.I. 56) filed by

Defendant/Counterclaimant Burns International Services

Corporation ("Burns") is **GRANTED**.

2.    The Motion For Leave To File Motion In Opposition To

Burns International Service Corporations's Motion For Temporary

Restraining Order And Preliminary Injunction (D.I. 61) filed by

Flowserve Corporation ("Flowserve") is **GRANTED**.

3.    The Motion To Dismiss Burns International Service

Corporation's Motion For Temporary Restraining Order And

Preliminary Injunction (D.I. 66) filed by Flowserve is **DENIED**.

4.   **By March 28, 2006,** the parties shall submit an agreed upon Injunction Order which shall include provisions for the following:

a.   terminating and replacing Burns' choice of defense counsel for the underlying asbestos claims, unless Flowserve undertakes to pay such replacement counsel with its own funds;

b.   filing third-party actions against Burns in the underlying asbestos lawsuits seeking indemnification from Burns for asbestos liabilities on the same basis as asserted in this proceeding; and

c.   negotiating a "global" or other settlement of its asbestos liability using, attempting to use or assigning the BWC insurance coverage to fund such settlements.

_____
UNITED STATES DISTRICT JUDGE