IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1294-JJF |
| BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, | : |
| Defendants. | : |

### O R D E R

WHEREAS, Defendant Burns International Service Corporation ("Burns") has filed a Motion To Amend Rule 16 Scheduling Order And To Advance Case For Trial (D.I. 63) in which Burns requests the Court to expedite discovery in this case and set a bench trial date in June 2006;

WHEREAS, Plaintiff, Flowserve Corporation, has not filed a response to this Motion, but has indicated at the injunction hearing held on March 16, 2006, that it opposes Burns' request;

WHEREAS, the Court is not inclined to adjust the discovery deadline and indicated at the hearing that a trial would be scheduled for November 2006, depending upon the parties' availability;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Burns' Motion To Amend Rule 16 Scheduling Order And To Advance Case For Trial (D.I. 63) is **DENIED**.

2.  In accordance with the Court's instructions at the March 16 hearing, the parties shall confer and provide the Court with agreed upon dates for the commencement of trial in November 2006, along with a proposal for the number of days to be set aside for trial, **within twenty (20) days of the date of this Order.**

_March 22, 2006_
Date

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE