# Murphy Spadaro & Landon

1011 Centre Road, Suite 210
Wilmington, Delaware 19805

FRANCIS J. MURPHY
FMURPHY@MSLLAW.COM

March 28, 2006

**VIA HAND DELIVERY & ELECTRONIC FILING**

Honorable Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware
844 N. King Street
Wilmington, DE  19801

    Re:   *Flowserve Corporation v. Burns International Services Corporation*,
           No. 04-1294-JJF

Dear Judge Farnan:

      Pursuant to the Court's March 22, 2006 Order in the above referenced matter, the parties were to submit an agreed upon Injunction Order on March 28, 2006.  Due to unforeseen circumstances, the parties respectfully ask to have until Friday, March 31, 2006.

                Respectfully yours,

                /s/ Francis J. Murphy
                Francis J. Murphy, I.D. # 223

FJM/dla

Cc:    Danielle K. Yearick, Esq. (by electronic filing)
        William Mahoney, Esq. (by first class mail)
        Ted McCullough, Esq. (by first class mail)
        Erich Gleber, Esq. (by first class mail)
        Christopher M. Bechhold, Esq. (by first class mail)
        Thompson Hine, LLP (by first class mail)

130285