UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1294-JJF |
| | ) | |
| BURNS INTERNATIONAL SERVICES | ) | |
| CORPORATION and BORG-WARNER | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Danielle K. Yearick, do hereby certify that, on this 3rd day of April, 2006, copies of

Plaintiff/Counter-Defendant, Flowserve Corporation's Motion for the adoption of Flowserve's

proposed TRO order, with attachments,  were served, via electronic mail, on the following

individual:

TO:  Francis J. Murphy, Esquire
     MURPHY, SPADARO & LANDON
     1011 Centre Road, Suite 210
     Wilmington, DE  19805

/s/ Danielle K. Yearick
Danielle K. Yearick, Esquire (#3668)
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
*Local Counsel for Plaintiff Flowserve*