# Murphy Spadaro & Landon

1011 Centre Road, Suite 210
Wilmington, Delaware 19805

FRANCIS J. MURPHY
FMURPHY@MSLLAW.COM

April 11, 2006

**VIA HAND DELIVERY & ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    Flowserve Corporation v. Burns International Services Corporation,
              No. 04-1294

Dear Judge Farnan:

      The parties have conferred, and are prepared to begin trial on Monday, November 13, 2006. The parties estimate that the trial will last approximately three days.

      Respectfully yours,

      /s/ Francis J. Murphy
      Francis J. Murphy, I.D. # 223

FJM/dla

Cc:    Danielle K. Yearick, Esq. (by electronic filing)
        Erich Gleber, Esq. (by email)
        Christopher M. Bechhold, Esq. (by email)
        Gregory E. Rogus, Esq. (by email)

00130724