# EXHIBIT C



**EXPRESS MAIL**

January 2, 2006

Anthony Packard, Esq.
Nisen & Elliott
200 West Adams Street, Suite 2500
Chicago, Illinois  60606

Re:   Asbestos Litigation – Borg Warner Corporation
      Flowserve File No. A8300

Dear Mr. Packard:

   Enclosed are the summons and complaints shown on the enclosed list. The complaints were received by Flowserve or its agent on or about January 2, 2006.  Please forward this information to Borg-Warner's carrier(s) for appointment of counsel and handling.

   Thank you.

                              Sincerely,

                              Lawrence E. Henke
                              Senior Attorney - Litigation

cc:   James H. Fox, Esq., Pinkerton's, Inc. - w/o enclosures

Document No. A8301



**EXPRESS MAIL**

January 9, 2006

Anthony Packard, Esq.
Nisen & Elliott
200 West Adams Street, Suite 2500
Chicago, Illinois  60606

Re:    Asbestos Litigation – Borg Warner Corporation
       Flowserve File No. A8300

Dear Mr. Packard:

Enclosed are the summons and complaints shown on the enclosed list. The complaints were received by Flowserve or its agent on or about January 9, 2006.  Please forward this information to Borg-Warner's carrier(s) for appointment of counsel and handling.

Thank you.

Sincerely,

Lawrence E. Henke
Senior Attorney - Litigation

cc:    James H. Fox, Esq., Pinkerton's, Inc. - w/o enclosures

Document No. A8301



**EXPRESS MAIL**

January 16, 2006

Anthony Packard, Esq.
Nisen & Elliott
200 West Adams Street, Suite 2500
Chicago, Illinois 60606

Re: Asbestos Litigation – Borg Warner Corporation
Flowserve File No. A8300

Dear Mr. Packard:

Enclosed are the summons and complaints shown on the enclosed list. The complaints were received by Flowserve or its agent on or about January 16, 2006. Please forward this information to Borg-Warner's carrier(s) for appointment of counsel and handling.

Thank you.

Sincerely,

Lawrence E. Henke
Senior Attorney - Litigation

cc: James H. Fox, Esq., Pinkerton's, Inc. - w/o enclosures

Document No. A8301



**VIA FEDEX**

February 15, 2006

*rec Feb 22*

Anthony Packard, Esq.
Nisen & Elliott
200 West Adams Street, Suite 2500
Chicago, Illinois  60606

*2/22/06*

Re:  Asbestos Litigation – Borg Warner Corporation
     Flowserve File No. A8300

Dear Mr. Packard:

Per instructions from Flowserve Corporation, enclosed are the summons and complaints shown on the enclosed list. The complaints were received by Flowserve or its agent on or about February 15, 2006.  Please forward this information to Borg-Warner's carrier(s) for appointment of counsel and handling.

Thank you.

Sincerely,

*M. Abbasova*

Madina Abbasova, Esq.

cc:  Mr. James H. Fox, Esq. (Pinkerton's, Inc.) - w/o enclosures
     Mr. Lawrence E. Henke, Esq. (Flowserve Corporation) – w/enclosures