## Greg Rogus

**From:** Mike H. Moirano [mmoirano@nisen.com]
**Sent:** Thursday, March 23, 2006 5:34 PM
**To:** Greg Rogus
**Subject:** RE: proposed order

Will do.

> **From:** Greg Rogus [mailto:GRogus@SMSM.com]
> **Sent:** Thursday, March 23, 2006 5:35 PM
> **To:** Mike H. Moirano
> **Cc:** Francis J. Murphy
> **Subject:** proposed order
>
> Mike: Per Judge Farnan's order of 3/22, which we just received today, the parties are to submit an agreed upon injunction order by 3/28. I suggest that you prepare an initial draft and forward it to us for review and/or discussion prior to submission to the Court. Thanks.
>
> Greg

Ex. A

3/27/2006

## Greg Rogus

| | |
|---|---|
| **From:** | Mike H. Moirano [mmoirano@nisen.com] |
| **Sent:** | Monday, March 27, 2006 5:20 PM |
| **To:** | Greg Rogus |
| **Subject:** | Flowserve v. Burns |
| **Attachments:** | McKay Ltr 3.20.06.pdf |

Greg -

Fed. Rule 65(d) requires a more detailed Order than we discussed. I am working on a draft but probably will not have one for you until tomorrow. I will address the issues we discussed and the specific findings I will include in the Order will come directly from the Memorandum Opinion so hopefully the draft will not be controversial.

In the meantime I have attached the letter Steve Hoke, counsel for Borg Auto in the Illinois DJ action received from counsel for the London insurers. As you will see, it appears London has decided to start paying defense and indemnity for claims but how this will all work in real life is still problematic. I suggest you discuss with Chris and give me a call as you may want to participate in the ongoing discussions with the London and other carriers.

Mike  <<McKay Ltr 3.20.06.pdf>>

**Michael H. Moirano**
**Nisen & Elliott**
**200 West Adams**
**Suite 2500**
**Chicago, IL  60606**
**(312) 346-7800**
**mmoirano@nisen.com**

3/28/2006                                                                                                                 Ex. B

## Greg Rogus

| | |
|---|---|
| **From:** | Mike H. Moirano [mmoirano@nisen.com] |
| **Sent:** | Tuesday, March 28, 2006 2:23 PM |
| **To:** | Greg Rogus |
| **Subject:** | Flowserve v. Burns - Injunction Order |
| **Attachments:** | Injunction Order.rtf |

See draft attached.

<<Injunction Order.rtf>>

**Michael H. Moirano**
**Nisen & Elliott**
**200 West Adams**
**Suite 2500**
**Chicago, IL  60606**
**(312) 346-7800**
**mmoirano@nisen.com**

# Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, Delaware 19805

FRANCIS J. MURPHY
FMURPHY@MSLLAW.COM

March 28, 2006

**VIA HAND DELIVERY & ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware
844 N. King Street
Wilmington, DE 19801

  Re: *Flowserve Corporation v. Burns International Services Corporation,*
     No. 04-1294-JJF

Dear Judge Farnan:

  Pursuant to the Court's March 22, 2006 Order in the above referenced matter, the parties were to submit an agreed upon Injunction Order on March 28, 2006. Due to unforeseen circumstances, the parties respectfully ask to have until Friday, March 31, 2006.

           Respectfully yours,

           /s/ Francis J. Murphy
           Francis J. Murphy, I.D. # 223

FJM/dla

Cc: Danielle K. Yearick, Esq. (by electronic filing)
   William Mahoney, Esq. (by first class mail)
   Ted McCullough, Esq. (by first class mail)
   Erich Gleber, Esq. (by first class mail)
   Christopher M. Bechhold, Esq. (by first class mail)
   Thompson Hine, LLP (by first class mail)

130285

Ex. D

# Greg Rogus

**From:** Greg Rogus
**Sent:** Thursday, March 30, 2006 5:28 PM
**To:** Mike H. Moirano
**Subject:** RE: Flowserve v. Burns
**Attachments:** Revised TR order.DOC

Mike: I forward herewith a revised proposed order. I will be available to discuss tomorrow morning if necessary.
Greg

**From:** Mike H. Moirano [mailto:mmoirano@nisen.com]
**Sent:** Thursday, March 30, 2006 1:49 PM
**To:** Greg Rogus
**Subject:** Flowserve v. Burns

Greg - Where do we stand on the Injunction Order?

**Michael H. Moirano**
**Nisen & Elliott**
**200 West Adams**
**Suite 2500**
**Chicago, IL 60606**
**(312) 346-7800**
**mmoirano@nisen.com**