## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, DANIELLE K. YEARICK, did serve upon the attorney listed below, Plaintiff/Counter-Defendant, Flowserve Corporation's Reply Brief to its Motion for Proposed Injunction Order or Evidentiary Hearing. Same was served on counsel electronically on April 25, 2006:

Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

TYBOUT, REDFEARN & PELL

DANIELLE K. YEARICK, I.D. # 3668
750 S. Madison Street, Suite 400
Wilmington, DE 19801
(302) 658-6901