# Murphy Spadaro & Landon

1011 Centre Road, Suite 210
Wilmington, Delaware 19805

FRANCIS J. MURPHY
FMURPHY@MSLLAW.COM

June 20, 2006

**VIA HAND DELIVERY & ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    Flowserve Corporation v. Burns International Services Corporation,
              No. 04-1294

Dear Judge Farnan:

The parties have conferred, and have entered into an agreement to submit the enclosed Stipulated Protective Order. If the terms of the proposed order are acceptable, the parties respectfully request that the Court approve the Order.

                      Respectfully yours,

                      /s/ Francis J. Murphy
                      Francis J. Murphy, I.D. # 223

FJM/laf
Enclosures

cc:    Danielle K. Yearick, Esq. (by electronic filing)
        Erich Gleber, Esq. (by e-mail, w/encs.)
        Gregory E. Rogus, Esq. (by e-mail, w/encs.)
        Michael Moirano, Esq. (by e-mail, w/encs.)
        Clerk, United States District Court (by electronic filing and hand delivery)

132608