**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| Plaintiff, | ) | C.A. No.: 04-1294 JJF |
| v. | ) | |
| BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, | ) | |
| Defendants. | ) | |

**COMMITMENT OF QUALIFIED**
**PERSON TO PROTECTIVE ORDER**

I hereby affirm that: 1) I have received and read a copy of the Protective Order entered herein by the Court; 2) I understand the terms thereof and agree to be bound thereby; and 3) I am aware that a violation of such Order may result in a finding of contempt of Court.

Dated:____________________ ____________________________

Signature

**EXHIBIT "A"**

129424