IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | ) |
| | ) C.A. No. 04-1294 JJF |
| Plaintiff, | ) |
| v. | ) JURY TRIAL OF 12 DEMANDED |
| | ) |
| BURNS INTERNATIONAL SERVICES | ) |
| CORPORATION, BORG-WARNER | ) |
| CORPORATION, and BORG-WARNER | ) |
| SECURITY CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR A COMMISSION

COMES NOW, plaintiff, Flowserve Corporation, and hereby moves this Honorable Court, pursuant to the Federal Rules of Civil Procedure, for an Order in the form attached hereto directing the issuance of a Commission to issue a subpoena for the taking of an oral deposition of Donald C. Trauscht, of 4 Arden Court, Oak Brook, IL 6-523-1604. The deposition will be scheduled at the convenience of counsel.

The grounds for this motion are that Donald C. Trauscht is not a party to this action; and is in possession of information which is relevant and material to the issues involved herein.

TYBOUT, REDFEARN & PELL

/s/ Danielle K. Yearick
Danielle K. Yearick, I.D. No. 3668
750 South Madison Street, Suite 400
Wilmington, DE 19899-2092
(302) 658-6901
Dated: June 22, 2006         Attorneys for Plaintiff

OF COUNSEL:

Gregory E. Rogus, Esquire
SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.
One IBM Plaza, Suite 1900
220 N. Wabash Avenue
Chicago, IL 60611

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | C.A. No. 04-1294 JJF |
| Plaintiff, | ) | |
| v. | ) | JURY TRIAL OF 12 DEMANDED |
| | ) | |
| BURNS INTERNATIONAL SERVICES | ) | |
| CORPORATION, BORG-WARNER | ) | |
| CORPORATION, and BORG-WARNER | ) | |
| SECURITY CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Danielle K. Yearick, do hereby certify that, on this 23rd day of June, 2006, copies of Plaintiff's Motion for a Commission were served, via electronic mail, on the following individual:

Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805


TYBOUT, REDFEARN & PELL


/s/ Danielle K. Yearick
Danielle K. Yearick, Esquire (#3668)
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
*Local Counsel for Plaintiff Flowserve*