IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FLOWSERVE CORPORATION,** ) | |
| ) | C.A. No. 04-1294 JJF |
| **Plaintiff,** ) | |
| v. ) | JURY TRIAL OF 12 DEMANDED |
| ) | |
| **BURNS INTERNATIONAL SERVICES** ) | |
| **CORPORATION, BORG-WARNER** ) | |
| **CORPORATION, and BORG-WARNER** ) | |
| **SECURITY CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |

## COMMISSION

TO:   Any Clerk of Court of Record,
      Having a Seal; Any Notary Public;
      Or Any Commissioner of the Deeds, Duly
      Appointed Under the Laws of Illinois

KNOW Ye, that having confidence in your competency and fidelity, we have appointed you or other such Clerk of a Court of Record, Having a Seal, Notary Public, or Commissioner of Deeds duly appointed under the laws of Illinois, and by these presents do give you power and authority in accordance with the terms of the attached Order, dated _____, made by the Honorable Joseph J. Farnan, Jr., of the United States District Court for the District of Delaware, in a case pending: <u>Flowserve Corporation v. Burns International Services Corporation, Borg-Warner Corporation, and Borg-Warner Security Corporation</u>, C.A. No. 04-1294 JJF, to do all things necessary and required to be done by the same attached Order, including applying to the appropriate judicial authority of the State of Illinois for the issuance of a subpoena ad testificandum for Donald C. Trauscht, whose testimony is to be heard via oral deposition.

IN TESTIMONY WHEREOF, the seal of the said Court is hereto affixed.

WITNESS THE Honorable Joseph J. Farnan, Jr., Judge of the United States District Court for the District of Delaware, this _____ day of _____, 2006.

_____
Name
Clerk of the U.S. District Court
for the District of Delaware