UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | : |
| Plaintiff, | : |
| v. | : C.A. No. 04-1294 (JJF) |
| BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, DANIELLE K. YEARICK, ESQUIRE, hereby certify that on June 26, 2006, true and correct copies of *Flowserve Corporation's Request to Admit Facts and Genuineness of Documents, Pursuant to FRCP 36, Directed to Burns International Service Corporation*, were sent by First-Class mail, postage prepaid to the following:

Michael Moirano, Esquire
c/o Nisen and Elliott
200 W. Adams Street, #2500
Chicago, IL 60606

Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

/s/ Danielle K. Yearick
_____
Danielle K. Yearick, Esquire (#3668)
TYBOUT, REDFEARN & PELL
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
*Local Counsel for Plaintiff*