IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, ) | |
| ) | C.A. No. 04-1294 JJF |
| Plaintiff, ) | |
| v. ) | JURY TRIAL OF 12 DEMANDED |
| ) | |
| BURNS INTERNATIONAL SERVICES ) | |
| CORPORATION, BORG-WARNER ) | |
| CORPORATION, and BORG-WARNER ) | |
| SECURITY CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR COMMISSION**

Plaintiff Flowserve Corporation, having moved the Court for entry of an Order directing the issuance of a Commission to take the deposition of Donald C. Trauscht, of Illinois,

IT IS SO ORDERED, this ___13___ day of ___July___ 2006, that:

1. A Commission shall issue out of this Court directed to any Notary Public of the State of Illinois or to any other person authorized to administer oaths under the law of the State of Illinois ("Reporter"), authorizing and empowering him or her to take the deposition of Donald C. Trauscht, 4 Arden Court, Oak Brook, IL 60523-1604, to be conducted at the convenience of counsel, at the offices of Segal, McCambridge, Singer & Mahoney, One IBM Plaza, Suite 1900, 220 N. Wabash Avenue, Chicago, IL 60611. The deposition will continue from day to day until completed.

2. The Reporter or the Reporter's agent, is hereby authorized and empowered to secure from the appropriate judicial authorities in the State of Illinois, the issuance of subpoenas <u>ad testificandum</u> or such other subpoenas as are necessary.

Joseph J. Farnan, Jr., Judge