## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| FLOWSERVE CORPORATION, ) | |
| ) | C.A. No.: 04-1294 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BURNS INTERNATIONAL SERVICES ) | |
| CORPORATION and BORG-WARNER ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

I, Francis J. Murphy, Esquire, do hereby certify that on this 26th day of July, 2006, I have caused the following documents to be served in the manner indicated on the parties listed below:  DEFENDANT BURNS INTERNATIONAL SERVICES CORPORATION'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS

**By Email & First Class Mail**
Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092

**By Email & First Class Mail**
Christopher M. Bechhold, Esquire
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH  45209

**By Email & First Class Mail**
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, NY 10022

**By Email & First Class Mail**
Gregory E. Rogus, Esquire
Segal McCambridge Singer
& Mahoney, Ltd.
One IBM Plaza
330 N. Wabash
Chicago, IL  60611

133613

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE  19805
Office (302)472-8100
Fax     (302)472-8135
Email  fmurphy@msllaw.com

133613