UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION ) | |
| ) | |
| ) | C.A. No.: 04-1294 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BURNS INTERNATIONAL SERVICES ) | |
| CORPORATION and BORG-WARNER ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITIONS**

TO:   SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, on the dates and at the times indicated, defendant Burns International Services Corporation will take the depositions of the persons identified below before a stenographer and officer authorized to administer oaths by the laws of the United States at the offices of Dunnington, Bartholow & Miller, 477 Madison Avenue, 12th Floor, New York, New York:

| **NAME** | **DATE** | **TIME** |
|---|---|---|
| Franci Blassberg | September 6, 2006 | 10:00 a.m. |
| David Brittenham | September 7, 2006 | 10:00 a.m. |
| Albert Cribbiore | September 8, 2006 | 10:00 a.m |

133739

**MURPHY, SPADARO & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Attorneys for Defendant Burns International
Services Corporation

Of Counsel:
Michael H. Moirano
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-7800
Fax: (312) 346-9316
E-mail: mmoirano@nisen.com
Attorneys for Defendant Burns
International Services Corporation

133739

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLOWSERVE CORPORATION )<br>)<br>) <br>  Plaintiff, )<br>)<br>  v. )<br>)<br>BURNS INTERNATIONAL SERVICES )<br>CORPORATION and BORG-WARNER )<br>CORPORATION, )<br>)<br>  Defendants. )<br>) | C.A. No.:  04-1294 JJF |

**CERTIFICATE OF SERVICE**

I, Francis J. Murphy, Esquire, do hereby certify that on this 31st day of July, 2006, I have caused the following documents to be served in the manner indicated on the parties listed below: NOTICE OF DEPOSITIONS.

| | |
|---|---|
| **By E-File**<br>Danielle K. Yearick, Esquire<br>Tybout, Redfearn & Pell<br>300 Delaware Avenue, 11th Floor<br>P.O. Box 2092<br>Wilmington, DE 19899-2092 | **By Email & First Class Mail**<br>Christopher M. Bechhold, Esquire<br>Thompson Hine, LLP<br>312 Walnut Street, 14th Floor<br>Cincinnati, OH  45209 |
| **By Email & First Class Mail**<br>William Mahoney, Esquire<br>Ted McCullough, Esquire<br>Erich Gleber, Esquire<br>Segal McCambridge Singer & Mahoney, Ltd.<br>805 Third Avenue, 19th Floor<br>New York, NY 10022 | **By Email & First Class Mail**<br>Gregory E. Rogus, Esquire<br>Segal McCambridge Singer<br>& Mahoney, Ltd.<br>One IBM Plaza<br>330 N. Wabash<br>Chicago, IL  60611 |

133739

**MURPHY SPADARO & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE  19805
Office (302)472-8100
Fax     (302)472-8135
Email   fmurphy@msllaw.com
Attorneys for Defendant Burns
International Services Corporation

Of Counsel:
Michael H. Moirano
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-7800
Fax: (312) 346-9316
E-mail: mmoirano@nisen.com
Attorneys for Defendant Burns
International Services Corporation

133739