IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | C.A. No. 04-1294 JJF |
| Plaintiff, | ) | |
| v. | ) | JURY TRIAL OF 12 DEMANDED |
| | ) | |
| BURNS INTERNATIONAL SERVICES CORPORATION, BORG-WARNER CORPORATION, and BORG-WARNER SECURITY CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint, is GRANTED and the Amended Complaint under Exhibit 1 is accepted for filing.

_____
J.