## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, ) | |
| ) | C.A. No.: 04-1294 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BURNS INTERNATIONAL SERVICES ) | |
| CORPORATION and BORG-WARNER ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### BURNS INTERNATIONAL SERVICE CORPORATION'S RESPONSE TO FLOWSERVE CORPORATION'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendant/Counter-claimant Burns International Service Corporation ("Burns") submits the following in response to plaintiff Flowserve Corporation's motion for leave to file an amended complaint:

1. Flowserve filed this action for breach of contract, declaratory judgment, and indemnity on September 24, 2004.

2. On December 22, 2005, the Court entered a Rule 16 Scheduling Order which provided that "All motions to amend the pleadings shall be filed on or before May 1, 2006."

3. No party sought leave to file amended pleadings within the time allowed by the Court.

4. By order dated May 10, 2006, the Court set the trial in this matter for November 13, 2006. The final pretrial conference is set for September 14, 2006.

5. Now, within two months of the trial and more than four months after the time for filing amended pleadings expired, Flowserve seeks leave to file an amended complaint to allege facts concerning its own and defendant Burns' corporate history and to include two new claims relating to its alleged "right to directly access the Borg-Warner insurance" - an issue which Burns alleges arose for the first time during the March 16, 2006 hearing on Burns emergency motion for injunctive relief.

6. Correct information concerning Flowserve's corporate history and its alleged status as the corporate successor under the Stock Purchase and Letter Agreements at issue in this case has been in the possession of Flowserve since long before this suit was filed. To the extent Flowserve's status as the alleged corporate successor to the rights and obligations under the Stock Purchase and Letter Agreements was misrepresented in the original complaint, it was through no fault of Burns, which in fact following its own independent allegation of the facts repeatedly questioned the veracity of Flowserve's allegations that it was the "corporate successor." *See e.g.* Letters attached as Exhibit A.

7. Documents supporting Burns' claim that it was entitled to the rights and obligations under the Stock Purchase and Letter Agreements (as now set forth in more detail in the proposed amended complaint) were provided to Flowserve in Januray 2006, as part of Burns' pre-discovery disclosures required under Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

8. Further, as indicated above, Flowserve was aware of the issue concerning its alleged right to "directly access" the Borg-Warner insurance coverage no later than March 16, 2006, when, as Flowserve claims, the issue first arose during the hearing on Burns' motion for injunctive relief. *See e.g.* Flowserve's "Motion for the Adoption of Flowserve's Proposed

134884                                        2

Temporary Restraining Order or, in the Alternative, An Additional Evidentiary Hearing" filed April 4, 2006.

9. In short, there is no legitimate reason why the amended complaint could not have been filed within the initial time parameters set by the Court and Flowserve offers no valid explanation for the delay.

10. Nevertheless, Burns will not oppose Flowserve's belated attempt to amend its complaint provided that:

(a) Flowserve agrees not to use the late filing of its amended complaint as grounds for seeking a delay of the November 17, 2006 trial;

(b) Burns is allowed to file its response to the amended complaint (which will most likely include a motion to dismiss the two new claims alleged in the amended complaint) with 21 days after Flowserve is granted leave to file its amended complaint;

(c) Burns is granted leave to file an amended counterclaim as part of its response to the amended complaint, alleging facts and claims related to the new allegations made by Flowserve in its the amended complaint concerning the corporate succession issue.

(d) Flowserve agrees not to use Burns' filing of its response to the amended complaint, or the filing of Burns' amended counterclaim as grounds for seeking a delay of the November 17, 2006 trial date.

11. If the filing of Flowserve's amended complaint will result in a delay of the November 17, 2006 trial, Burns objects to the late filing on the grounds that it will unfairly prejudice Burns which has diligently sought to have this litigation resolved as expeditiously as possible.

134884                                3

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Office (302)472-8100
Fax   (302)472-8135
Email fmurphy@msllaw.com
Attorneys for Defendant Burns
International Services Corporation

Of Counsel:
Michael H. Moirano
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-7800
Fax: (312) 346-9316
E-mail: mmoirano@nisen.com
Attorneys for Defendant Burns
International Services Corporation

134884                              4

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BURNS INTERNATIONAL SERVICES )<br>CORPORATION and BORG-WARNER )<br>CORPORATION, )<br>)<br>Defendants. ) | C.A. No.: 04-1294 JJF |

## CERTIFICATE OF SERVICE

I, Francis J. Murphy, Esquire, do hereby certify that on this 8th day of September, 2006, I have caused the following documents to be served in the manner indicated on the parties listed below: BURNS INTERNATIONAL SERVICES CORPORATION'S RESPONSE TO FLOWSERVE CORPORATION'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**By Electronic Filing & E-Mail**
Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092

**By E-Mail**
Christopher M. Bechhold, Esquire
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45209

**By E-Mail**
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, NY 10022

**By E-Mail**
Gregory E. Rogus, Esquire
Segal McCambridge Singer
& Mahoney, Ltd.
One IBM Plaza
330 N. Wabash
Chicago, IL 60611

134887

MURPHY SPADARO & LANDON

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Office (302)472-8100
Fax    (302)472-8135
Email  fmurphy@msllaw.com
Attorneys for Defendant Burns
International Services Corporation

Of Counsel:
Michael H. Moirano
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-7800
Fax: (312) 346-9316
E-mail: mmoirano@nisen.com
Attorneys for Defendant Burns
International Services Corporation

134887                               2