LAW OFFICES
# NISEN & ELLIOTT
SUITE 2500
200 WEST ADAMS STREET
CHICAGO, ILLINOIS 60606
EMAIL mmoirano@nisen.com

MICHAEL H. MOIRANO
DIRECT DIAL
(312) 696-2508

TELEPHONE
(312) 346-7800
FACSIMILE
(312) 346-9316

May 23, 2006

**VIA MESSENGER**

Gregory E. Rogus
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue
Suite 200
Chicago, Illinois 60611

Re: Flowserve Corporation v. Burns International Services Corporation

Dear Greg:

    Enclosed are documents Bates numbered B00651-B01229 being produced by Burns in response to Flowserve's requests for the production of documents. These documents are in addition to the documents previously produced by Burns, Bates numbered B00001-B00650. Also enclosed, pursuant to Flowserve's request, are two CD ROMs which contain a complete set of the closing documents relating to the leveraged buy-out of Borg-Warner Corporation. These documents were produced by Borg-Warner, Inc. in the pending Illinois declaratory judgment action and bear Bates numbers BWI 0024903-BWI 0032652.

    We have reviewed the documents produced by Flowserve in response to Burns' requests for production and did not see any documents supporting the allegation that Flowserve Corporation is the successor in interest under the 1987 Stock Purchase and related Letter Agreements and thus the proper party to assert rights under those Agreements. Flowserve's complaint alleges that "Through a series of corporate successions, the named parties to the instant action have acquired their respective indemnification rights and obligations" and that Flowserve succeeded to the rights under the Stock Purchase Agreement "on July 22, 1987, when BW/IP, Inc.[formerly known as BWIP Acquisition Corporation] merged with Durco International, Inc. to form a new entity named Flowserve Corporation." We did not see in the documents Flowserve produced any corporate records showing the alleged "corporate succession" whereby Flowserve succeeded to the rights under the Stock Purchase or Letter Agreements. Nor were any documents produced concerning the alleged name change of BWIP Acquisition Corporation to BW/IP, Inc., or the merger of BW/IP, Inc. with Durco International. Burns specifically requested that documents supporting these allegations and transactions be produced. See Burns' Documents Request 8-9. Please request your client to produce the documents supporting these material allegations as soon as possible.

**NISEN & ELLIOTT, LLC**

Gregory E. Rogus, Esq.
May 23, 2006
Page 2

In addition, we would like to depose John Hannesson who is identified in Flowserve's answers to Burns' interrogatories as a person having knowledge of the corporate successorship and merger issues. Mr. Hannesson is identified as a former general counsel of BW/IP, Inc. and person with whom Flowserve consulted in preparing its interrogatory answers. Let me know if you would like to contact Mr. Hannesson to arrange his deposition. If not, please provide his contact information so I may contact him.

Finally, there are two additional issues concerning Flowserve's discovery reposnese which need to be addressed. First, Burns requested Flowserve to produce complete copies of all Borg-Warner insurance policies which Flowserve or its predecessor possessed on May 1, 1987, the date the Letter Agreement was executed. Burns Request 23. Flowserve objected to the request on the grounds that it was "overly broad and unduly burdensome." Flowserve has specifically alleged the existence of these policies in its complaint. (¶ 23) In addition, Flowserve recently advised the District Court that it intended to introduce the policies in evidence to establish its alleged "direct right" to access the Borg-Warner insurance. In light of these allegations and claims, there is no legitimate basis for Flowserve to refuse to produce the policies. Second, Flowserve objected, on the grounds of attorney/client privilege, to the production of the documents requested in Burns' Requests 28 and 30. Please provide a privilege log identifying the documents being withheld.

Very truly yours,

Michael H. Moirano

MHM:je
cc: Francis J. Murphy, Esq.

LAW OFFICES
# NISEN & ELLIOTT
SUITE 2500
200 WEST ADAMS STREET
CHICAGO, ILLINOIS 60606
EMAIL mmoirano@nisen.com

MICHAEL H. MOIRANO
DIRECT DIAL
(312) 696-2508

TELEPHONE
(312) 346-7800
FACSIMILE
(312) 346-9316

July 26, 2006

**VIA FACSIMILE**

Gregory E. Rogus
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza
330 North Wabash Avenue
Suite 200
Chicago, Illinois 60611

Re:   Flowserve Corporation v. Burns International Services Corporation

Dear Greg:

    I wrote to you on May 23, 2006, requesting (1) documents supporting the allegation that Flowserve Corporation is the successor in interest under the 1987 Stock Purchase and related Letter Agreements and thus the proper party to assert rights under those Agreements; and (2) contact information for John Hannesson who is identified in Flowserve's answers to Burns' interrogatories as a person having knowledge of the corporate successorship and merger issues. There has been no response to either request. Please confirm whether there are documents showing that Flowserve Corporation is the successor in interest under the Stock Purchase and Letter Agreements, and if you intend to provide contact information for Mr. Hannesson. Also, let me know if we need to subpoena Mr. Henke for his deposition.

    If I do not hear from you with seven days, or by the close of business on August 2, 2006, I will assume (1) there are no documents establishing Flowserve Corporations's status as the successor in interest under the Stock Purchase and Letter Agreements; (2) that you will not provide contact information for Mr. Hannesson; and (3) that we will have to subpoena Mr. Henke for his deposition.

Very truly yours,

Michael H. Moirano

MHM:je
cc: Francis J. Murphy, Esq.