IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1294-JJF |
| BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, | : |
| Defendants. | : |

## O R D E R

WHEREAS, by Order (D.I. 45) dated January 5, 2006, the Court scheduled a Pretrial Conference in the above-captioned action for Thursday, September 14, 2006 at 12:00 p.m.;

WHEREAS, a Motion For Leave To File Amended Complaint (D.I. 95) has recently been filed by Plaintiff and discovery is continuing in this case, and therefore, it appears to the Court that this case is not yet ready for a Pretrial Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that the Pretrial Conference scheduled for Thursday, September 14, 2006 at 12:00 p.m. is changed to a Status Conference.

September 11, 2006
Date

_____
UNITED STATES DISTRICT JUDGE