IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1294-JJF |
| : | |
| BURNS INTERNATIONAL SERVICES : | |
| CORPORATION and BORG-WARNER : | |
| CORPORATION, : | |
| : | |
| Defendants. : | |

O R D E R

WHEREAS, on March 16, 2006, the Court held a hearing on the Motion For Temporary Restraining Order And Preliminary injunction filed by Burns' International Services Corporation ("Burns");

WHEREAS, following the hearing, the Court issued a Memorandum Opinion and Order granting Burns' motion (D.I. 73, 74);

WHEREAS, in connection with the submission of proposed injunctive orders required by the Court's Order (D.I. 74), Flowserve filed a Motion for the Adoption Of Flowserve's Proposed Temporary Restraining Order Or, In The Alternative, An Additional Evidentiary Hearing  (D.I. 78);

WHEREAS, by separate Order, the Court has adopted Burns' proposed injunctive Order;

WHEREAS, the Court finds that Flowserve was provided adequate notice and an opportunity to be heard in connection with Burns' Motion, and that a further hearing with regard to the

Motion is unnecessary in the circumstances of this case;

NOW THEREFORE, IT IS HEREBY ORDERED that Flowserve's Motion for the Adoption Of Flowserve's Proposed Temporary Restraining Order Or, In The Alternative, An Additional Evidentiary Hearing (D.I. 78) is **DENIED**.

September 14, 2006
Date

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE