LAW OFFICES
# NISEN & ELLIOTT, LLC
SUITE 2500
200 WEST ADAMS STREET
CHICAGO, ILLINOIS 60606
(312) 346-7800
FAX (312) 346-9316
WWW.NISEN.COM

PAUL F. GERBOSI
EDWARD B. MUELLER
ANTHONY PACKARD
MARK F. ZAENGER
MICHAEL J. DALEY
JOHN FOSTER LESCH
JOHN K. KNEAFSEY
MICHAEL H. MOIRANO
ROBERT O. MIDDLETON
WILLIAM G. DALUGA, JR.*
KENNETH J. ROJC
THOMAS V. McCAULEY
HELEN M. JENSEN
WILLIAM A. WALKER
DANIEL P. DAWSON
WILLIAM J. RALEIGH
MARY ROSE C. MANCZAK
BRADLEY S. McCANN

DONALD F. FROEHLKE
ELENA GALLO
DAVID E. GEMPERLE
CLAIRE E. GORMAN
D. ERIC MARTIN
ALEXIS M. REED
SARA B. ROBERTSON
MATTHEW S. SOLLITTO
PATRICK VINING

*ALSO LICENSED TO PRACTICE IN FLORIDA

OF COUNSEL
DONALD C. SHINE

June 28, 2006

**VIA E-MAIL AND
REGULAR MAIL**
Irving C. Faber, Esq.
Grippo & Elden
111 S. Wacker Drive, #5100
Chicago, IL 60606

Re:  Judge Farnan's Order Granting Burns'
    Motion for Temporary Restraining
    Order and Preliminary Injunction

Dear Irv:

Enclosed herewith is another copy of the Order Judge Farnan entered March 22, 2006 granting Burns' Motion for Temporary Restraining Order and Preliminary Injunction, and the Judge's Memorandum Opinion of the same date. Judge Farnan's March 22 order directed the parties to submit an agreed Injunction Order prohibiting Flowserve from:

"a.  terminating and replacing Burns' choice of defense counsel for the underlying asbestos claims, unless Flowserve undertakes to pay such replacement counsel with its own funds;

. . .

"c.  negotiating a 'global' *or other settlement* of its asbestos liability using, *attempting to use* or assigning the BWC insurance coverage to fund such settlements." (Emphasis supplied)

As you know, the parties did not agree on the terms of an Injunction Order and submitted competing orders, and until the Judge acts further, his March 22 Order and Opinion are binding and constitute the law of the case. Thus, in our view it would be a violation of the March 22 Order and inappropriate for Flowserve to "use" or to "attempt to use" any Borg-Warner Corporation insurance proceeds to fund settlements or pay its counsel.

Exhibit C

NISEN & ELLIOTT, LLC

Irving C. Faber, Esq.
June 28, 2006
Page 2

    Although the umbrella carriers are not parties to the Delaware action, by this letter and Mike Moirano's e-mail dated March 22, 2006, the umbrella carriers are on notice of Judge Farnan's March 22 Order and we believe, as a consequence, the Order is binding on the carriers. Any payment, or any other action in violation of the Order, such as attempting to circumvent the plain meaning of the Order, would be at the carriers' and Flowserve's sole risk.

    Please let us know if you have any questions.

Very truly yours,

Edward B. Mueller

EBM:jm
Enclosures
cc:    Lawrence E. Henke, Esq.
       Christopher M. Bechhold, Esq.
       Gregory Rogus, Esq.
       Patrick Shine, Esq.
       Lisa S. Brogan, Esq.
       Laura S. McKay, Esq.
       Michael H. Moirano, Esq.
       Anthony Packard, Esq.