IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLOWSERVE CORPORATION,           :
                                 :
        Plaintiff,               :
                                 :
    v.                           :    Civil Action No. 04-1294-JJF
                                 :
BURNS INTERNATIONAL SERVICES     :
CORPORATION and BORG-WARNER      :
CORPORATION,                     :
                                 :
        Defendants.              :

**O R D E R**

At Wilmington, this 22 day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The Motion For Temporary Restraining Order And Preliminary Injunction (D.I. 56) filed by Defendant/Counterclaimant Burns International Services Corporation ("Burns") is **GRANTED**.

2. The Motion For Leave To File Motion In Opposition To Burns International Service Corporations's Motion For Temporary Restraining Order And Preliminary Injunction (D.I. 61) filed by Flowserve Corporation ("Flowserve") is **GRANTED**.

3. The Motion To Dismiss Burns International Service Corporation's Motion For Temporary Restraining Order And Preliminary Injunction (D.I. 66) filed by Flowserve is **DENIED**.

Exhibit D

4. **By March 28, 2006**, the parties shall submit an agreed upon Injunction Order which shall include provisions for the following:

    a. terminating and replacing Burns' choice of defense counsel for the underlying asbestos claims, unless Flowserve undertakes to pay such replacement counsel with its own funds;

    b. filing third-party actions against Burns in the underlying asbestos lawsuits seeking indemnification from Burns for asbestos liabilities on the same basis as asserted in this proceeding; and

    c. negotiating a "global" or other settlement of its asbestos liability using, attempting to use or assigning the BWC insurance coverage to fund such settlements.

_____
UNITED STATES DISTRICT JUDGE