IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1294-JJF |
| BURNS INTERNATIONAL SERVICES CORPORATION, BORG-WARNER CORPORATION, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, the September 14, 2006 Pretrial Conference was cancelled and a Status Conference was held;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, November 2, 2006 at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

September 18, 2006
DATE

UNITED STATES DISTRICT JUDGE