UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>BURNS INTERNATIONAL SERVICES CORPORATION<br><br>  Defendant. | )<br>)<br>)<br>)  C.A. No. 04-1294-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

# SEALED DOCUMENT
# (Original)