NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

FLOWSERVE CORPORATION,

    Plaintiff,

v.

BURNS INTERNATIONAL SERVICES CORPORATION,

    Defendants.

CIRCUIT COURT
DOCKET NUMBER: _____

DISTRICT COURT
DOCKET NUMBER: 04-1294 JJF

DISTRICT COURT
JUDGE: Joseph J. Farnan, Jr.

Notice is hereby given that _____FLOWSERVE CORPORATION_____ appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ X ] Order, [ ] Other: Injunction Order granting Burns' Motion for Temporary Restraining Order and Preliminary Injunction, entered in this action on September 14, 2006.

Dated: October 11, 2006

_____
(Counsel for Appellant-Signature)

DANIELLE K. YEARICK, I.D. #3668
TYBOUT, REDFEARN & PELL
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
*Local Counsel for Flowserve Corporation*
dyearick@trplaw.com

GREGORY E. ROGUS
ERICH GLEBER
SEGAL McCAMBRIGE SINGER & MAHONEY
330 N. Wabash Drive, Suite 200
Chicago, IL 60611
(312) 645-7800
*Attorneys for Flowserve Corporation*

FRANCIS J. MURPHY, JR., I.D. #223
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorney for Defendant Burns International Services Corporation
fmurphy@msllaw.com

Of Counsel:
MICHAEL H. MORIANO
Nisen & Elliott, LLC
200 West Adams Street, Suite 2500
Chicago, IL 60606
(312) 346-7800
*Attorney for Defendant Burns International Services Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1294-JJF |
| | ) | |
| BURNS INTERNATIONAL SERVICES | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Danielle K. Yearick, do hereby certify that, on this 11th day of October, 2006, copies of *Notice of Appeal* were served, via electronic mail, and U.S. First Class Mail, postage prepaid, on the following:

Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

TYBOUT, REDFEARN & PELL

_____
Danielle K. Yearick, Esquire (#3668)
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
dyearick@trplaw.com
*Counsel for Plaintiff Flowserve*