**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FLOWSERVE CORPORATION | ) | |
| | ) | |
| | ) | C.A. No.: 04-1294 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BURNS INTERNATIONAL SERVICES CORPORATION and BORG-WARNER CORPORATION, | ) | "SEALED DOCUMENTS" |
| | ) | |
| Defendants. | ) | |

**BURNS INTERNATIONAL SERVICES CORPORATION'S
RESPONSE TO FLOWSERVE CORPORATION'S MOTION FOR
<u>THE ENTRY OF AN INJUNCTION BOND</u>**

Francis J. Murphy, I.D. No. 223
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com

Michael H. Moirano
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-7800
Fax: (312) 346-9316
E-mail: mmoirano@nisen.com

Attorneys for Defendant Burns International
Services Corporation