

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BURNS INTERNATIONAL SERVICES CORPORATION<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | C.A. No. 04-1294-JJF |

**PLAINTIFF FLOWSERVE CORPORATION'S MOTION TO SET SECURITY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65(c), FILED UNDER SEAL**

NOW COMES Plaintiff/Counter-Defendant, FLOWSERVE CORPORATION (hereinafter referred to as "FLOWSERVE"), by its attorneys, SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD., and hereby moves this Court, pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, to set security in connection with the Court's recent order granting Defendant BURNS INTERNATIONAL SERVICES CORPORATION (hereinafter referred to as "BURNS") a preliminary injunction in the above captioned matter. In support hereof, FLOWSERVE states the following:

1. On September 14, 2006, this Court entered a preliminary injunction order in favor of Defendant BURNS. The order as entered requires no bond.

2. At the status hearing held in open court on September 14, 2006, counsel for FLOWSERVE renewed its request for the inclusion of a bond. The Court directed counsel to submit such request in writing. The Court also indicated that any such submission was to be made under seal, given the nature of the information to be conveyed to the Court in support of the bond request. Accordingly, FLOWSERVE submits this Motion, and the accompanying supporting affidavit of Christopher M. Bechhold under seal.

3. [redacted]



4.

used April 1, 2007 as an estimated decision date.

5.

(a)

(b)

(c) [redacted]

(d) [redacted]

(e) [redacted]

6. In support of the foregoing, FLOWSERVE submits herewith the Affidavit of Christopher M. Bechhold.

7. Based on the foregoing, and in accordance with Rule 65(c) of the Federal Rules of Civil Procedure, FLOWSERVE respectfully submits that in the sound exercise of its discretion, this Court should require BURNS to give security in an appropriate amount reflecting the factors set forth

above. FLOWSERVE respectfully suggests that the amount be sufficient to provide security for the total monies FLOWSERVE has approximated that it will pay out, as set forth in paragraph 3 above.

WHEREFORE, Plaintiff/Counter-Defendant, FLOWSERVE CORPORATION requests this Court to amend the Injunction Order entered September 14, 2006 to require Defendant BURNS INTERNATIONAL SERVICES CORPORATION to furnish security [redacted] or such other amount as the Court deems fair and proper under the circumstances.

Respectfully submitted,

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By: ______________________________
Attorneys for Plaintiff,
**FLOWSERVE CORPORATION**

and

______________________________
Danielle K. Yearick, Esq. (#3668)
TYBOUT, REDFEARN & PELL
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
**Local Counsel for Plaintiff**

Gregory E. Rogus, Esq.
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
One IBM Plaza, Suite 200
Chicago, Illinois 60611
(312) 645-7800

DATED: September 29, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **FLOWSERVE CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **C.A. No. 04-1294-JJF** |
| | ) | |
| **BURNS INTERNATIONAL SERVICES CORPORATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I, Danielle K. Yearick, do hereby certify that, on this 29th day of September, 2006, copies of *Plaintiff Flowserve Corporation's Motion to Set Security Pursuant to Federal Rule of Civil Procedure 65 (c)* were served, via electronic mail (under seal), and U.S. First Class Mail, postage prepaid, on the following:

Francis J. Murphy, Esquire
MURPHY, SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805

TYBOUT, REDFEARN & PELL

Danielle K. Yearick, Esquire (#3668)
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
dyearick@trplaw.com
***Local Counsel for Plaintiff Flowserve***