UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLOWSERVE CORPORATION,                  :      Civil Action No. 04-1294-JJF
                                        :
          Plaintiff,                    :      AFFIDAVIT OF
                                        :      CHRISTOPHER M. BECHHOLD
     v.                                 :
                                        :
BURNS INTERNATIONAL SERVICES            :
CORPORATION, et al.,                    :
                                        :
          Defendants.                   :


STATE OF OHIO            )
                         ) SS:
COUNTY OF HAMILTON       )

          Christopher M. Bechhold, being first duly cautioned and sworn, deposes and states as

follows:

          1.     At all times relevant hereto, I have been a partner with the law firm of Thompson

Hine, LLP, 312 Walnut Street, Suite 1400, Cincinnati, Ohio 45202.  In addition, I am lead trial

counsel for Flowserve US, Inc. ["Flowserve"] in the case captioned *Continental Casualty*

*Company, et al. v. BorgWarner, Inc., et al.*, Case No. 04CH01708, Circuit Court of Cooke

County, Illinois, Chancery Division ["BW Insurance Lawsuit"].



3.   ██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████

4.   Based upon my review of recent Third Circuit decisions involving temporary restraining or permanent injunction orders, it appears that any such appeal will take a minimum of four months and could last as long as nine months (see, e.g., *Rogers v. Corbett,* 2006 WL2422711 (2006); *Scanvec Amiable, Ltd. v. Chang,* 80 Fed. Appx. 171 (2004); *Ambiance, Inc. v. Municipality of Monroeville,* 66 Fed. Appx. 409 (2003) and *Shire U.S., Inc. v. Barr Laboratories, Inc.,* 329 F.3d 348 (2003). Thus, it would appear that on average the appellate review process takes between six and seven months.

5.   ██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████



6.

7.

8.



9. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FURTHER AFFIANT SAYETH NAUGHT.

_____
Christopher M. Bechhold

Sworn to and subscribed in my presence this 20th day of September, 2006.

_____
Notary Public

605393.1

JACK F. FUCHS, Attorney at Law
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration
Sec. Section 147.03 O.R.C.