UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-1294-JJF |
| | ) |
| BURNS INTERNATIONAL SERVICES CORPORATION | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, TO WIT, THIS _____ day of _____, 2006, Plaintiff Flowserve Corporation, having presented its Motion to Set Security Pursuant to Federal Rule of Civil Procedure 65 (c) Filed Under Seal,

IT IS HEREBY ORDERED, that plaintiff's motion is GRANTED, and the Injunction Order entered September 14, 2006 will be amended to require Defendant Burns International Services Corporation to furnish security in the amount of $_____.

_____
Joseph J. Farnan, Jr., Judge