## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION ) | |
| ) | |
| ) | C.A. No.: 04-1294 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BURNS INTERNATIONAL SERVICES ) | |
| CORPORATION and BORG-WARNER ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, on the date and at the time indicated, defendant Burns International Services Corporation will take the deposition of the person identified below before a stenographer and officer authorized to administer oaths by the laws of the United States at the offices of Underwood, Perkins & Ralston, 5420 LBJ Freeway, Two Linclon Center, Suite 1900, Dallas, Texas.

| **NAME** | **DATE** | **TIME** |
|---|---|---|
| Lawrence Henke | October 31, 2006 | 10:00 a.m. |

136337

**MURPHY, SPADARO & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: (302) 472-8100
Fax: (302) 472-8135
E-mail: Fmurphy@msllaw.com
Attorneys for Defendant Burns International
Services Corporation

Of Counsel:
Michael H. Moirano
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-7800
Fax: (312) 346-9316
E-mail: mmoirano@nisen.com
Attorneys for Defendant Burns
International Services Corporation

136337

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FLOWSERVE CORPORATION )<br>)<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>BURNS INTERNATIONAL SERVICES )<br>CORPORATION and BORG-WARNER )<br>CORPORATION, )<br>)<br>    Defendants. )<br>) | C.A. No.: 04-1294 JJF |

**CERTIFICATE OF SERVICE**

    I, Francis J. Murphy, Esquire, do hereby certify that on this 20th day of October, 2006, I have caused the following documents to be served in the manner indicated on the parties listed below: NOTICE OF DEPOSITION.

**By E-File**
Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092

**By Email & First Class Mail**
Christopher M. Bechhold, Esquire
Thompson Hine, LLP
312 Walnut Street, 14th Floor
Cincinnati, OH 45209

**By Email & First Class Mail**
William Mahoney, Esquire
Ted McCullough, Esquire
Erich Gleber, Esquire
Segal McCambridge Singer & Mahoney, Ltd.
805 Third Avenue, 19th Floor
New York, NY 10022

**By Email & First Class Mail**
Gregory E. Rogus, Esquire
Segal McCambridge Singer
& Mahoney, Ltd.
One IBM Plaza
330 N. Wabash
Chicago, IL 60611

136337

                                **MURPHY SPADARO & LANDON**

                    /s/ Francis J. Murphy
                    Francis J. Murphy, I.D. No. 223
                    1011 Centre Road, Suite 210
                    Wilmington, DE  19805
                    Office (302)472-8100
                    Fax     (302)472-8135
                    Email  fmurphy@msllaw.com
                    Attorneys for Defendant Burns
                    International Services Corporation

Of Counsel:
Michael H. Moirano
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-7800
Fax: (312) 346-9316
E-mail: mmoirano@nisen.com
Attorneys for Defendant Burns
International Services Corporation

136337