# EXHIBIT

# B

**EXHIBIT B**

**"CONFIDENTIAL"**

**ENTIRE EXHIBIT REDACTED**