**BURNS' OBJECTIONS TO FLOWSERVE
PROPOSED TRIAL EXHIBITS**

| Exhibit | Objection |
|---|---|
| A | none |
| B | none |
| C | irrelevant unless court permits extrinsic evidence |
| D | irrelevant unless court permits extrinsic evidence |
| E | irrelevant unless court permits extrinsic evidence |
| F | irrelevant unless court permits extrinsic evidence |
| G | irrelevant unless court permits extrinsic evidence |
| H | irrelevant unless court permits extrinsic evidence |
| I | irrelevant unless court permits extrinsic evidence |
| J | irrelevant unless court permits extrinsic evidence |
| K | irrelevant unless court permits extrinsic evidence |
| L | irrelevant unless court permits extrinsic evidence |
| M | duplicative of Exhibit A |
| N | irrelevant, overbroad, burdensome, contains hearsay |
| O | irrelevant, overbroad, burdensome, contains hearsay |
| P | irrelevant, overbroad, burdensome, contains hearsay |
| Q | duplicative, covered by stipulation |
| R | duplicative, covered by stipulation |
| S | irrelevant, covered by stipulation |
| T | irrelevant, covered by stipulation |
| U | irrelevant, covered by stipulation |

| | |
|---|---|
| V | irrelevant, covered by stipulation |
| W | irrelevant, hearsay, foundation |
| X | irrelevant, foundation |
| Y | (not included on exhibit list) irrelevant, hearsay, foundation |
| Z | (not included on exhibit list) none |
| AA | (not included on exhibit list) irrelevant, foundation |