## BURNS' EXHIBIT LIST

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Stock Purchase Agreement |
| 2 | Letter Agreement |
| 3 | Plan of Liquidation |
| 4 | Flowserve Tender Letters (Group) |
| 5 | Burns Reservation of Rights Letters (Group) |
| 6 | Roberts Letter 8/18/03 |
| 7 | Bechhold Letter 6/11/04 |
| 8 | Bechhold Letter 6/22/04 |
| 9 | Henke Letter 6/24/04 |
| 10 | Mueller Letter 8/6/04 |
| 11 | Bechhold Letter 9/10/04 |
| 12 | Henke Letter 9/10/04 |
| 13 | Bechhold Letter 1/27/05 |
| 14 | Henke E-Mail 5/11/05 |
| 15 | Henke Letter 1/23/06 |
| 16 | Rogus Letter 2/17/06 |
| 17 | Bechhold Letter 2/17/06 |
| 18 | Henke Letter 2/22/06 |
| 19 | Bechhold Letter 5/4/06 |
| 20 | Roberts Letter 5/15/06 |
| 21 | Bechhold Letter 5/23/06 |

| | |
|---|---|
| 22 | Roberts Letter 7/10/06 |
| 23 | Data Re Payments for Pump Claims |
| 24 | Mueller Letters Re Indemnity Expenses |
| 25 | Nanos Affidavit |
| 26 | Transcript of Proceedings 5/24/05 (Cook County, Illinois) |

Burns intends to offer the following Exhibits in evidence only if the Court determines that the Stock Purchase and/or Letter Agreement is ambiguous and permits the introduction of extrinsic evidence.

| | |
|---|---|
| 27 | Zieg Fax 2/28/87 |
| 28 | Draft Indemnity Agreement 3/1/87 |
| 29 | Draft Indemnity Agreement 3/2/87 |
| 30 | Brittenham Fax 3/2/87 |
| 31 | Brittenham Fax 3/3/87 |
| 32 | Ayers Fax 3/4/87 |
| 33 | Draft Indemnity Agreement 3/05/87 |
| 34 | Trauscht Letter 3/9/87 |
| 35 | Cribiore Letter 3/9/87 |
| 36 | Zieg Fax 3/9/87 |
| 37 | Draft Indemnity Agreement 3/9/87 |
| 38 | Summary of Agreements 6/4/87 |
| 39 | Amendment to Stock Purchase Agreement |
| 40 | Draft of Environmental Representations and Warranties |

| | |
|---|---|
| 41 | Blassberg Fax 2/27/87 |
| 42 | (intentionally left blank) |
| 43 | (intentionally left blank) |
| 44 | (intentionally left blank) |
| 45 | (intentionally left blank) |
| 46 | Amended Assignment Transfer and Conveyance |
| 47 | (intentionally left blank) |
| 48 | McBride Fax 5/5/87 |
| 49 | Letter Agreement Draft 5/7/87 |
| 50 | Letter Agreement Draft 5/8/87 |
| 51 | McBride Fax 5/10/87 |
| 52 | Schedule of Documents |
| 53 | Summary of Transaction Books |