# Murphy Spadaro & Landon

1011 Centre Road, Suite 210
Wilmington, Delaware 19805
302-472-8100

FRANCIS J. MURPHY
FMURPHY@MSLLAW.COM

October 30, 2006

**VIA ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court for
The District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    Flowserve Corporation v. Burns International Services Corporation, No. 04-1294

Dear Judge Farnan:

This letter is to inform the Court that the parties have reached a settlement agreement, and will be submitting a Stipulation and Order of Dismissal shortly.

    Respectfully yours,

    /s/ Francis J. Murphy
    Francis J. Murphy, I.D. # 223

FJM/dla

cc: Danielle K. Yearick, Esq. (by electronic filing & email)
    Erich Gleber, Esq. (by e-mail)
    Gregory E. Rogus, Esq. (by e-mail)
    Michael Moirano, Esq. (by e-mail)
    Clerk, United States District Court (by electronic filing)

136586