UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLOWSERVE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-1294-JJF |
| | ) | |
| BURNS INTERNATIONAL SERVICES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the above captioned matter, including any and all counterclaims, is dismissed with prejudice, all matters in controversy having been fully settled, compromised, and resolved.

/s/ Danielle K. Yearick
DANIELLE K. YEARICK, I.D. #3668
TYBOUT, REDFEARN & PELL
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Local Counsel for Flowserve Corporation
dyearick@trplaw.com

GREGORY E. ROGUS
ERICH GLEBER
SEGAL McCAMBRIDGE SINGER
& MAHONEY, LTD.
330 N. Wabash Drive, Suite 200
Chicago, IL 60611
(312) 645-7800
Attorneys for Flowserve Corporation

/s/ Francis J. Murphy
FRANCIS J. MURPHY, JR., I.D. #223
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorney for Defendant Burns International Services Corporation
fmurphy@msllaw.com

Of Counsel:
MICHEAL H. MOIRANO
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, IL 60606
(312) 346-7800
Attorneys for Defendant Burns
International Services Corporation

640245