UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | ) |
|       Plaintiff/Counter-Defendant, | ) |
| v. | ) No. 04-1294-JJF |
| BURNS INTERNATIONAL SERVICES CORPORATION | ) |
|       Defendant/Counter-Plaintiff. | ) |

**AGREED DISMISSAL ORDER**

At Wilmington, this ___ day of October, 2006, pursuant to the agreement of the parties

IT IS HEREBY ORDERED that:

1. This case, including the counterclaim filed by defendant, is dismissed with prejudice, all matters in controversy having been finally settled, compromised and resolved;

2. The Injunction Order entered September 14, 2006 is hereby vacated and is of no further force or effect;

3. The Court shall retain jurisdiction of the parties and subject matter for purposes of enforcing the Settlement Agreement between the parties dated October 27, 2006.

_____
UNITED STATES DISTRICT JUDGE