UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FLOWSERVE CORPORATION,                )
                                      )
            Plaintiff,                )
                                      )
      v.                              )   C.A. No. 04-1294-JJF
                                      )
BURNS INTERNATIONAL SERVICES          )
CORPORATION,                          )
                                      )
            Defendant.                )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between the parties that the above captioned matter, including any and all counterclaims, is dismissed with prejudice, all matters in controversy having been fully settled, compromised, and resolved.

DANIELLE K. YEARICK, I.D. #3668
TYBOUT, REDFEARN & PELL
750 S. Madison St., Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
Local Counsel for Flowserve Corporation
dyearick@trplaw.com

GREGORY E. ROGUS
ERICH GLEBER
SEGAL McCAMBRIDGE SINGER
& MAHONEY, LTD.
330 N. Wabash Drive, Suite 200
Chicago, IL 60611
(312) 645-7800
Attorneys for Flowserve Corporation

FRANCIS J. MURPHY, JR., I.D. #223
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8100
Attorney for Defendant Burns International
Services Corporation
fmurphy@msllaw.com

Of Counsel:
MICHEAL H. MOIRANO
NISEN & ELLIOTT, LLC
200 West Adams Street, Suite 2500
Chicago, IL 60606
(312) 346-7800
Attorneys for Defendant Burns
International Services Corporation

640245

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLOWSERVE CORPORATION, | ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) No. 04-1294-JJF |
| BURNS INTERNATIONAL SERVICES CORPORATION | ) ) ) ) |
| Defendant/Counter-Plaintiff. | ) |

### AGREED DISMISSAL ORDER

At Wilmington, this 6 day of ~~October~~ November, 2006, pursuant to the agreement of the parties

IT IS HEREBY ORDERED that:

1. This case, including the counterclaim filed by defendant, is dismissed with prejudice, all matters in controversy having been finally settled, compromised and resolved;

2. The Injunction Order entered September 14, 2006 is hereby vacated and is of no further force or effect;

3. The Court shall retain jurisdiction of the parties and subject matter for purposes of enforcing the Settlement Agreement between the parties dated October 27, 2006.

UNITED STATES DISTRICT JUDGE